B 1 (Official Form 1) (1/08)

### United States Bankruptcy Court
### Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **River West Plaza-Chicago, LLC, d/b/a Joffco Square** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **36-4390247** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **5 Revere Drive, Suite 200  Northbrook, IL** ZIP CODE **60062** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **USA** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **555 West Roosevelt Road, Chicago, IL**  ZIP CODE **60607** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [x] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

B 1 (Official Form 1) (1/08) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>River West Plaza-Chicago, LLC, d/b/a Joffco Square |
|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) ||
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
| Name of Debtor: | Case Number: | Date Filed: |
| District: Northern District of Illinois | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)   (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | River West Plaza-Chicago, LLC, d/b/a Joffco Square |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Forrest B. Lammiman<br>Signature of Attorney for Debtor(s)<br>Forrest B. Lammiman<br>Printed Name of Attorney for Debtor(s)<br>Meltzer, Purtill & Stelle LLC<br>Firm Name<br>300 South Wacker Drive, Suite 3500<br>Address Chicago, IL 60606<br><br>(312) 987-9900<br>Telephone Number<br>12/7/09<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Amy Joffe<br>Signature of Authorized Individual<br>Amy Joffe<br>Printed Name of Authorized Individual<br>Manager<br>Title of Authorized Individual<br>12/4/09<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District Of Illinois

In re  River West Plaza-Chicago, LLC , d/b/a Joffco Square
Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| See Attached Continuation Sheets | | | | |

Date: Dec. 4, 2009

_____, Manager
Debtor

*[Declaration as in Form 2]*

In re River West Plaza-Chicago, LLC d/b/a Joffco Square         Case No. 09-

## List of Creditors Holding 20 Largest Unsecured Claims[1]

| | (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 1 | Greenberg Farrow Architecture, Inc. 3455 Salt Creek Lane Suite 100 Arlington Heights, IL 60005 | | Trade | Disputed | $ 226,539 |
| 2 | Mesirow Financial 321 North Clark Street Chicago, IL 60654 | | Insurance | | $ 73,380 |
| 3 | M.J. Fogarty & Assoc., Inc. 13010 West 1549th Street Homer Glen, IL 60491 | | Trade | | $ 21,590 |
| 4 | Schuyler Roche & Crisham, P.C. One Prudential Plaza Suite 3800 130 East Randolph Street Chicago, IL 60601 | | Trade | | $ 7,213 |
| 5 | Securitas Security Services 12672 Collections Center Dr. Chicago, IL 60693 | | Trade | | $ 5,606 |
| 6 | Best Buy Stores, LP Property Management, B-6 Legal Dept., Real Estate 7601 Penn Avenue South Richfield, MN 55423 | | Trade | | $ 5,596 |
| 7 | Stone Pogrund and Korey, LLC 1 East Wacker Drive Suite 2610 Chicago, IL 60601 | | Trade | | $ 5,166 |
| 8 | ComEd 440 South LaSalle Street | | Utility | | $ 4,100 |

---

[1] Not included herein are two unsecured loans of $3,000,000, each made by the Debtor's members to the Debtor in order to meet the capital requirements imposed by the Lender in connection with the 2008 Loan.

{33195: 001: 00497669.DOC :3 }

In re River West Plaza-Chicago, LLC d/b/a Joffco Square                    Case No. 09-

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | Chicago, IL 60605-1028 | | | | | |
| 9 | Stanley Access Tech LLC<br>P.O. Box 0371595<br>Pittsburgh, PA 15251-7595 | | Trade | | $ | 4,062 |
| 10 | Shepard Schwartz<br>  & Harris LLP<br>123 North Wacker Drive<br>Chicago, IL 60606-1662 | | Trade | | $ | 3,735 |
| 11 | ThyssenKrupp Elevator<br>2305 Enterprise Drive<br>Westchester, IL 60154 | | Trade | | $ | 3,725 |
| 12 | Zale Administrative<br>Services, LLC<br>5 Revere Drive, Suite 200<br>Northbrook, IL 60062 | | Trade | | $ | 3,173 |
| 13 | Compass Concrete<br>1231 West 105th Street<br>Chicago, IL 60643 | | Trade | | $ | 2,600 |
| 14 | Joffco Plaza<br>5 Revere Dr., Suite 200<br>Northbrook, IL 60062 | | Trade | | $ | 2,052 |
| 15 | Rankin, Inc.<br>1051 North Main Street<br>Suite D<br>Lombard, IL 60148 | | Trade | | $ | 2,019 |
| 16 | Connelly Electric<br>40 South Addison Road<br>Suite 100<br>Addison, IL 60101 | | Trade | | $ | 1,640 |
| 17 | Countryside Landscape<br>29947 North Rand Road<br>Wauconda, IL 60084 | | Trade | | $ | 1,249 |
| 18 | Program Design<br>Management Inc.<br>518 Koerper Court<br>Wilmette, IL 60091 | | Trade | | $ | 1,126 |
| 19 | Automated Parking<br>Technologies<br>1351 West Carroll Avenue<br>Chicago, IL 60607 | | Trade | | $ | 556 |
| 20 | AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | | Trade | | $ | 276 |

{33195: 001: 00497669.DOC :3 }

Form B2
6/90

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, authorized agent of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  Dec. 4, 2009

Signature  _____

Amy Joffe, Manager
(Print Name and Title)

# CONSENT OF THE MANAGER
## With
## CONCURRENCE OF THE MEMBERS AND OF RIVER WEST PLAZA-CHICAGO, LLC, D/B/A JOFFCO SQUARE, IN LIEU OF A SPECIAL MEETING

## CHAPTER 11 FILING

OCTOBER 30, 2009

The undersigned, being the sole Manager of RIVER WEST PLAZA-CHICAGO, LLC, d/b/a JOFFCO SQUARE, an Illinois limited liability company (the "Company"), hereby adopts the following resolutions:

### R E C I T A L S

**WHEREAS**, the undersigned has considered the financial and operational aspects of the Company's business and has determined that it is desirable and in the best interest of the Company's creditors, stockholders and other interested parties that the Company file a petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") seeking the bankruptcy protections and relief provided therein;

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that Company cause a Petition in the name of the Company under Chapter 11 of the Bankruptcy Code to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court") and that the Manager, or any other person or persons so designated by the Manager, (collectively, the "Authorized Signatories", and each an "Authorized Signatory") be, and each of them hereby is, authorized and directed on behalf of the Company to execute and verify a Petition in the name of the, in such form and at such time as the Authorized Signatory executing the Petition on behalf of the Company shall determine;

**FURTHER RESOLVED**, that the Authorized Signatories or any one of them be, and each of them hereby is, authorized to execute and file, or cause to be executed and filed, any and all documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, as in their judgment shall be necessary, appropriate, or advisable in connection with the Chapter 11 case commenced by the filing of the Petition (the "Chapter 11 Case");

**FURTHER RESOLVED**, that the law firm of Meltzer, Purtill & Stelle LLC be, and hereby is, employed and retained as counsel to the Company in the Chapter 11 Case;

**FURTHER RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, the Manager is, authorized, in the name and on behalf of the Company, to (i) take, or cause to be taken, any and all further action, (ii) execute and deliver, or cause to be executed and delivered, any and all further agreements, consents,

resolutions, certificates, documents, and other papers, (iii)retain professionals and advisors to the Company and incur all further fees and expenses, as in Manager's judgment shall be necessary, appropriate, or advisable to effectuate fully the purpose and intent of any and all of the foregoing resolutions, and (iv) take all actions necessary and appropriate to conduct the Chapter 11 Case; and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the Company, or any Authorized Signatory or any to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

This Consent may be executed in one or more counterparts and execution and delivery by facsimile or electronically shall have the same effect as an original

[Signature page follows]

DATED: October ___, 2009

_____
Amy Joffe, Manager of the Company

The undersigned, constituting all of the Members of the Company, being duly advised and waiving any required notices, hereby acknowledge the foregoing actions taken by Manager with respect to the filing and conduct of the Chapter 11 Case and evidence their concurrence therewith.

_____
Leon Joffe, by Amy Joffe, his attorney in fact

_____
Amy Joffe

_____
Melissa Norris

*Being all of the Members of*
RIVER WEST PLAZA-CHICAGO, LLC,
d/b/a JOFFCO SQUARE

{33195: 001: 00489250.DOC :2 }

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 11
) Bankruptcy Case No.
River West Plaza-Chicago, LLC, )
d/b/a Joffco Square )
)
Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER    Date: Dec. 4 2009
A.   To be completed in all cases.

I(We) ___Amy Joffe, Manager___ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understaand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.   To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☐   I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.   To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☑   I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____, Manager       Signature: _____
(Debtor or Corporate Officer, Partner or Member)            (Joint Debtor)