UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

JUN - 1 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:

RIVER WEST PLAZA-CHICAGO, LLC
d/b/a JOFFCO SQUARE

Debtor.

Case No. 09 B 46258

Chapter 11

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MELTZER, PURTILL & STELLE LLC, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$297,610.25** | TOTAL COSTS REQUESTED: | **$13,944.36** |
| TOTAL FEES REDUCED: | **$1,236.40** | TOTAL COSTS REDUCED: | **$183.00** |
| TOTAL FEES ALLOWED: | **$296,373.85** | TOTAL COSTS ALLOWED: | **$13,761.36** |

**TOTAL FEES AND COSTS ALLOWED: $310,135.21**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appears on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(2) Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(3) Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: June 1, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

*Meltzer, Purtill & Stelle LLC*
1515 E. Woodfield Road
Second Floor
Schaumburg, IL 60173

Ph:847-330-2400 Fax: 847 -330-1231

River West Plaza-Chicago, LLC
c/o JOFFCO Properties
One Northbrook Place,
5 Revere Drive, Suite 200
Northbrook, Illinois 60062-1500

Matter #: 33195002
Inv #: 97018, 97406, 98118, 98824

Attention: Ginny Wolfe

RE: Chapter 11

**EXHIBIT A**
**TASK CODE B110 - Case Administration**
**12/07/09 thru 03/31/10**

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Forrest B. Lammiman | Partner | 550.00 | 10.30 | 5,665.00 |
| David L. Kane | Associate | 390.00 | 34.50 | 13,455.00 |
| **Total** | | | **44.80** | **19,120.00** |

| Date | Description | Task No. | Hours | Amount | Lawyer |
|---|---|---|---|---|---|
| Dec-07-09 | Attention to filing and service of Motions and Plan Documents (2.0); multiple correspondence regarding filing (.5) | B110 | 2.50 | 975.00 | DLK |
| Dec-08-09 | Revise press release (.4); messages--Korey regarding impact of Chapter 11 on arbitration (.2); calls--Paloian regarding budget and plan issues (.4); call--Crain's regarding background (.3); call and messages--Johnson regarding press issues (.3); conference--Meltzer regarding discussions with MB Financial (.2); calls--A. Joffe and G. Wolfe regarding first-day hearing (.2); review docket (.2); review motion for use of cash collateral (.3); review A. Joffe affidavit (.3); attention to Plan issues (.3). | B110 | 3.00 | 1,650.00 | FBL |
| Dec-09-09 | Conference--client representatives regarding "first-day" hearings (.5); conference--Mitchell regarding parallel negotiations with MB | B110 | 1.60 | 880.00 | FBL |

1.5

-$585

(1)

| Date | Description | Code | Hours | Amount | Timekeeper |
|---|---|---|---|---|---|
| | bank and client regarding deposition schedules (.7); meet with Lammiman regarding same (.4); correspondence regarding discovery (.6); call with Amy Joffe regarding same (.5) | | | | |
| Mar-12-10 | Review of Plan issues for risk rating (2.0) | B320 | 2.00 | 850.00 | ACB |
| Mar-12-10 | Work on scheduling depositions (.2); Attention to possible alternatives to plan (.4); Review documents (3.0); Review draft of response to objection to plan (.7) | B320 | 4.30 | 2,365.00 | FBL |
| Mar-12-10 | Meet with Balk regarding interest rate analysis (.3); correspondence regarding deposition schedule (.4) | B320 | 0.70 | 273.00 | DLK |
| Mar-12-10 | Review draft objection; research/review balloon payment cases regarding same; review related Joffco bankruptcy filings (1.9) | B320 | 1.90 | 741.00 | AMB |
| Mar-15-10 | Review and analyze Rule 30(b)(6) topics (.3); conferences--Kane regarding preparation for depositions (.2); conference--A. Joffe regarding deposition and related plan issues (1.2); revise and edit response to Motion to Dismiss (1.1); attention to scheduling of discovery (.2); review cases and articles regarding application of Till to Chapter 11 (.8) | B320 | 3.80 | 2,090.00 | FBL |
| Mar-15-10 | Correspondence with RSM regarding Plan and Disclosure Statement (.3); call with Sue Ulman at Zimmerman (.3); correspondence with Bank counsel regarding deposition schedule (.3); meet with Amy Joffe regarding deposition (.4); call with Michael Small regarding deposition of Missy Norris (.2); review 30(b)(6) deposition notice (.2); correspondence regarding witness lists (.4); review Proof of Claim and Ballots filed by Bank (.4); call with Ginny Wolfe regarding deposition (.5) | B320 | 3.00 | 1,170.00 | DLK |
| Mar-15-10 | Review Debtor's objection to order dismissing bankruptcy case; research regarding balloon payments; coordinate with D. Kane regarding same (1.4) | B320 | 1.40 | 546.00 -10% | AMB |
| -$54.60 | | | | | |
| Mar-16-10 | Participate in depositions of A. Joffe and M. Norris (8.6); conference-Small regarding strategy (.3); conference--Kane regarding depositions and expert witness reports (.4); review Lender's objection to Plan (1.0) | B320 | 10.30 | 5,665.00 | FBL |
| Mar-16-10 | Call with Andy Philipsborn regarding loan documents for Plan (.4); correspondence regarding deposition schedules (.4); correspondence with Schwab counsel regarding same (.4); deposition of Amy Joffe and preparation for same (5.5); call with Peltz regarding documents/testimony matters (.4); prepare deposition outline for Ginny Wolfe (1.2); prepare deposition outline for Daniel Treisman (1.2); correspondence regarding same | B320 | 9.80 | 3,822.00 | DLK |

(2)

| | | | | | |
|---|---|---|---|---|---|
| | (.3) | | | | |
| Mar-16-10 | Research regarding balloon payments and review related cases (2.2) | B320 | 2.20 | 858.00 | AMB |
| Mar-17-10 | Prepare for hearing (.4); participate in hearing regarding several motions, including extension of cash collateral (1.0) | B320 | 1.40 | 770.00 | FBL |
| Mar-17-10 | Multiple correspondence with Ginny Wolfe regarding deposition (.5); meet with Wolfe and Treisman regarding deposition preparation (1.5); call with Jim Stamos and correspondence regarding Leon Joffe deposition (.3); defend Treisman deposition (2.0); defend Wolfe deposition (2.5); review biographies of Bank experts (.3); correspondence with Lammiman regarding status (.3); correspondence with Philipsborn and Ulman regarding reports (.4); call to Bart and Peltz regarding same (.1) | B320 | 7.90 | 3,081.00 | DLK |
| Mar-18-10 | Review Bank objection to Plan confirmation (1.5); call with Sue Ulman regarding appraisal issues (.5); correspondence regarding same (.3); correspondence regarding status of voting (.2); call with RSM regarding Plan analysis (.3); review and comment on Philipsborn draft (.8); correspondence regarding expert depositions (.5); call with Philipsborn regarding interest rate (.5) | B320 | 4.60 | 1,794.00 | DLK |
| Mar-18-10 | Research regarding Till and review cases cited in Bank of America pleading; coordinate with A. McIllece regarding same (5.7) | B320 | 5.70 | 2,223.00 | AMB |
| Mar-18-10 | Conference with Ann Marie Bredin and research case law citing Till 541 USC 465 (2.0) | B320 | 2.00 | 400.00 | AM |
| Mar-19-10 | Conference--Bredin regarding research on Till issues (.2); messages--DeJonker regarding adversary complaint (.1); messages--Kane regarding expert reports (.1); initial review of expert reports (.3) | B320 | 0.70 | 385.00 | FBL |
| Mar-19-10 -$112.50 | Research re interest rate amd review numerous cases re same (3.0); preparation of binder for A. Bredin re interest rate research and correspondence (.5) | B320 | 3.50 | 787.50 | LAB (1) |
| Mar-19-10 | Correspondence with Treisman regarding voting status (.6); meet with Peltz and Bart regarding financial testimony (2.0); review and comment on Philipsborn report (1.0); correspondence with Sue Ulman (.3); modify and file witness list (.7); calls with Amy Joffe regarding settlement and Plan alternatives (.6); call with Bart regarding financial matters (.3); multiple correspondence with Lammiman regarding status (.2) | B320 | 5.70 | 2,223.00 | DLK |
| Mar-19-10 -$222.30 | Review Bank of America objection and select cases; research regarding Till Supreme Court decision and its progeny; draft summary | B320 | 5.70 | 2,223.00 -10% | AMB (2) |

| | | | | | |
|---|---|---|---|---|---|
| | regarding same (5.7) | | | | |
| Mar-20-10 | Review drafts--expert reports (1.4); review lender's adversary complaint (.4); review documents produced by Lender (1.0); call--A. Joffe regarding strategy (.2); work on counter to Lender's term sheet (.6) | B320 | 3.60 | 1,980.00 | FBL |
| Mar-20-10 | Review appraisal supplement and correspondence regarding same (.4); revise pre-trial calendar/schedule (.4); review Philispborn report (.7); correspondence with Jim Stamos regarding deposition of Leon Joffe (.5); call with Amy Joffe regarding settlement options (.4); meet with Lammiman regarding confirmation related matters (.5); calls with Philipsborn (.3); prepare counteroffer to Bank of America (.8) prepare Subpoenas and Riders for Bank of America deponents (1.0); correspondence regarding same (.3) | B320 | 5.30 | 2,067.00 | DLK |
| Mar-20-10 | Research, summarize port-Till cases regarding interest rates in Chapter 11 Plan confirmation context (6.1) | B320 | 6.10 | 2,379.00 | AMB |
| Mar-21-10 | Review addendum f rom appraiser (.4); review and analyze cases applying Till in various contexts (3.6) | B320 | 4.00 | 2,200.00 | FBL |
| Mar-21-10 | Draft/edit insert regarding balloon payments for response brief and coordinate with D. Kane regarding same (3.7); review Bank of America objection and select cases cited therein (.8) | B320 | 4.50 | 1,755.00 | AMB |
| Mar-22-10 | Review and comment on BofA's comments to loan documents (.8) | B320 | 0.80 | 340.00 | JSG |
| Mar-22-10 | Work on preparation to take depositions (2.8); call--A. Joffe regarding strategy (.3); calls--Weinstein regarding subpoena (.2); review subpoena analyze response (.3); call--Small regarding subpoena on Weinstein (.2); review cases regarding interest rate and balloon payment issues (1.4); work on response to Lender's objection to plan (2.4). | B320 | 7.60 | 4,180.00 | FBL |
| Mar-22-10 | Correspondence with Bredin regarding interest rate and plan issues (.4); correspondence with Joy Goldman regarding replacement loan documents (.5); correspondence with Lammiman regarding Plan voting (.3); background research into Bank of America interest rate expert (.3); call with Treisman regarding voting (.2); call with RSM regarding expert report (.2); work with experts to finalize reports (1.0); begin draft of Reply in Support of Plan (5.5); meet with Lammiman and Bredin regarding same (.6) | B320 | 9.00 | 3,510.00 | DLK |
| Mar-22-10 -$262.00 | Research interest rate cases; draft insert to response brief regarding same; research balloon payment issues (5.8) | B320 | 5.80 | 2,262.00 -10% | AMB |

(2)

| | | | |
|---|---|---|---|
| Mar-09-10 | Copying | 915.50 | E101 |
| Mar-10-10 | Delivery services/messengers - Comet Messenger Inv. #03141006102 | 18.27 | E107 |
| Mar-17-10 | Copying | 1,250.00 | E101 |
| Mar-19-10 | Cop ying | 1,189.50 | E101 |
| | Deliver y services/messengers -Comet Messenger Service Inv. #03211006102 | 29.45 | E107 |
| Mar-22-10 | Cop ying | 479.25 | E101 |
| | Deliver y services/messengers - Comet Messenger Service Inv. #03281006102 | 16.95 | E107 |
| Mar-23-10 | L itigation support vendors - LaSalle Copy Service-Inv.#124404 | 8.00 | E118 |
| Mar-24-10 | L itigation support vendors - LaSalle Copy Service-Inv.#124392 | 238.68 | E118 |
| Mar-29-10 | Deposition transcripts - Veritext Chicago Reporting Company- Inv.#CH131122 | 1,509.95 | E115 |
| | Deposition transcripts - Veritext Chicago Reporting Company- Inv.#CH131057 | 668.50 | E115 |
| | Deposition transcripts - Veritext Chicago Reporting Company- Inv.#CH131064 | 985.00 | E115 |
| | Deposition transcripts - Veritext Chicago Reporting Company- Inv.#CH131062 | 883.05 | E115 |
| Mar-31-10 | Local travel - Meeting/Travel Expenses-3/31/10 | 14.00 | E109 |
| | Local travel - Meeting/Travel Expenses-3/30/2010 | 14.00 | E109 |
| | Local travel - Meeting/Travel Expenses-3/30/10 | 12.00 | E109 |
| | Local travel - Meeting/Travel Expenses-3/26/10 | 14.00 | E109 |
| | Local travel - Meeting/Travel Expenses-3/22/10 | 12.00 | E109 |
| | Local travel - Meeting/Travel Expenses-3/17/10 | 16.00 | E109 |
| -$183.00 | Other -Secretarial Overtime - D. Nichols | 183.00 | E124 (3) |
| | ~~Deposition transcripts - Veritext Chicago Reporting~~ Company- Inv.#CHI30938 | ~~771.60~~ | ~~E115~~ |
| | Deposition transcripts - Veritext Chicago Reporting Company- Inv.#CHI30940 | 646.90 | E115 |

Total $13,944.36