IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER WEST PLAZA-CHICAGO, LLC d/b/a JOFFCO SQUARE, | ) ) | Case No. 09-46258 |
| | ) | Hon. Eugene R. Wedoff |
| Debtor, | ) ) ) ) | |

## BANK OF AMERICA'S FINAL WITNESS LIST

Bank of America, N.A., successor by merger to LaSalle Bank National Association (the "Bank"), a secured creditor and party in interest in this Chapter 11 case, hereby presents its list of witnesses:

1. Edward Zale
2. Leon Joffe
3. Amy Joffe
4. Daniel Treisman
5. Melissa Norris
6. Virginia Wolfe
7. Gary Greenfield
8. George F. Collins, Cushman & Wakefield of Illinois, Inc.
9. Jonathan Payne, Aus-Jaf, Inc.
10. Tim Jordan, Holliday Fenoglio Fowler, L.P.
11. Kelley P. Prentiss, Bank of America
12. Any witness identified by any other party in this matter
13. Any witness necessary for impeach purposes

8935013v.2

The Bank (a) expressly reserves the right to amend and modify its witness list and (b) further notes that discovery is ongoing and the issues raised by this bankruptcy and the location and knowledge of witnesses is still under investigation.

| | |
|---|---|
| Dated: July 21, 2010. | Respectfully Submitted:<br><br>BANK OF AMERICA, N.A., successor by merger to LaSalle Bank National Association<br><br>By:    /s/ Jason J. DeJonker<br>Gus A. Paloian (6188186)<br>Jason J. DeJonker (6272128)<br>James B. Sowka (6291998)<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street<br>Chicago, Illinois  60603<br><br>**Attorneys for Bank of America, N.A., successor by merger to LaSalle Bank National Association** |

8935013v.2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a true and correct copy of the foregoing **BANK OF AMERICA'S FINAL WITNESS LIST** to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and via e-mail to the parties as indicated below on July 21, 2010.

/s/ James B. Sowka

## SERVICE LIST

### REGISTRANTS SERVED VIA CM/ECF NOTIFICATION

| | |
|---|---|
| Forrest B. Lammiman | flammiman@mpslaw.com, dkane@mpslaw.com; lbell@mpslaw.com; dnichols@mpslaw.com |
| William T. Neary | USTPRegion11.ES.ECF@usdoj.gov |
| John Xydakis | johnxlaw@gmail.com |

### PARTIES SERVED VIA E-MAIL

Forrest B. Lammiman (flammiman@mpslaw.com)
David L. Kane (dkane@mpslaw.com)
Meltzer, Purtill & Stelle LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606