## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER WEST PLAZA-CHICAGO, LLC | ) | Case No. 09-46258 |
| d/b/a JOFFCO SQUARE, | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

### ORDER APPROVING FINAL APPLICATION OF ZIFKIN REALTY GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JUNE 28, 2010 THROUGH AUGUST 31, 2010

Upon consideration of the Final Application (the "Final Application") of Zifkin Realty Group, LLC ("ZRG") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), 2016(a), and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $17,700.00 in compensation for professional services rendered as Leasing Consultant to River West Plaza-Chicago, LLC (the "Debtor"), for the period June 28, 2010 through and including August 31, 2010 (the "Fee Period") and the reimbursement of $0.00 for actual costs incurred incident to those services; due and proper notice of the Final Application having been provided; the Court having jurisdiction to hear and determine the Final Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief,

It is hereby **ORDERED** as follows:

(a) The Final Application is allowed to the extent provided herein;

(b) Notice of the Final Application as provided for therein is sufficient;

(c) ZRG is allowed $~~17,700~~.00 in final compensation for the Fee Period; 

 $16,687.50

{33195: 002: 00595454.DOC : }

(d) The Debtor is authorized to pay to ZRG the combined awarded amount, less any amounts previously paid to ZRG pursuant to the Monthly Fee Statements;

(e) ZRG's application for allowance and payment of compensation and reimbursement of expenses as Leasing Consultant to the Debtor, and previously paid by the Debtor, are hereby approved on a final basis.

Dated: 1 7 NOV 2010

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

{33195: 002: 00595454.DOC : }