**FILED**

**NOV 17 2010**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                     )
                                           )
                                           )   Case No. 09 B 46258
RIVER WEST PLAZA-CHICAGO, LLC              )
D/B/A JOFFCO SQUARE                        )
                                           )
                                           )
                                           )   Chapter 11
        Debtor.                            )
                                           )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO RSM MCGLADREY, INC., TRUSTEE'S LITIGATION CONSULTANT, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $71,272.20 | TOTAL COSTS REQUESTED: | $158.30 |
| TOTAL FEES REDUCED: | $3,570.85 | TOTAL COSTS REDUCED: | $44.97 |
| TOTAL FEES ALLOWED: | $67,701.35 | TOTAL COSTS ALLOWED: | $113.33 |

**TOTAL FEES AND COSTS ALLOWED: $67,814.68**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)     **Insufficient Description**
        The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(6)     **Meal Expenses**
        The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

(7)     **Lumping**
        The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: November 17, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

**River West Plaza (767-616-5)**

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/14/2010 | David Bart | 5.80 | Draft and report and analysis |
| 03/15/2010 | David Bart | 1.80 | Draft and report and analysis |
| 03/15/2010 | Scott Peltz | 2.60 | Work on report |
| 03/16/2010 | Charles Lyon | 2.00 | Review lease abstracts |
| 03/16/2010 | Danielle Woods | 3.00 | Analysis of financial model |
| 03/16/2010 | David Bart | 0.30 | Call with S. Peltz re: report analysis |
| 03/16/2010 | David Bart | 0.60 | Calls with D. Woods re: model |
| 03/16/2010 | David Bart | 0.70 | Work with real estate group - Robin Brenman |
| 03/16/2010 | David Bart | 3.60 | Work on report and analysis |
| 03/16/2010 | David Bart | 0.20 | Call with Wolf re: model |
| 03/16/2010 | John Tira | 5.50 | Review of budget; QC of budget |
| 03/16/2010 | Matthew Stanis | 3.00 | Work on lease analysis |
| 03/16/2010 | Robin Brennan | 0.50 | Scope/stage/allocate |
| 03/16/2010 | Scott Peltz | 2.60 | Work on report |
| 03/17/2010 | Danielle Woods | 1.00 | Analysis of financial model   ④   -$45.20 |
| 03/17/2010 | David Bart | 0.10 | Emails re: financials |
| 03/17/2010 | David Bart | 0.90 | Work with D. Woods and J. Tira re: expert report |
| 03/17/2010 | David Bart | 3.50 | Work on report and analysis |
| 03/17/2010 | David Bart | 0.90 | Review with S. Peltz re: findings |
| 03/17/2010 | David Bart | 0.10 | Call with Wolf re: financials |
| 03/17/2010 | John Tira | 5.50 | Review of budget; QC of budget; common size financial statements; rent roll review; discussion with lease consulting team   ⑦   -$104.5 |
| 03/17/2010 | Matthew Stanis | 2.00 | Work on lease analysis |
| 03/17/2010 | Purab Raipanchc | 2.00 | Industry research |
| 03/17/2010 | Robin Brennan | 0.50 | Review/report/deliver |
| 03/17/2010 | Scott Peltz | 3.90 | Work on report |
| 03/18/2010 | David Bart | 0.30 | Calls with D. Woods and J. Tira re: exhibits |
| 03/18/2010 | David Bart | 2.80 | Work on final report with S. Peltz |
| 03/18/2010 | David Bart | 0.70 | Research items for report |
| 03/18/2010 | John Tira | 1.50 | Lease review; financial statement review |
| 03/18/2010 | John Tira | 1.00 | Lease review |
| 03/18/2010 | Robin Brennan | 0.50 | Work on lease analysis |
| 03/18/2010 | Scott Peltz | 3.20 | Work on report |
| 03/18/2010 | Sean McDonald | 1.50 | Performed an analysis on the financial impact of a CAM cap included in the Bed Bath & Beyond lease |
| 03/19/2010 | David Bart | 2.70 | Finalize expert report and work with J. Tira re: same |
| 03/19/2010 | David Bart | 1.80 | Meeting with Kane and S. Peltz re: report |
| 03/19/2010 | David Bart | 0.70 | Review docs from Kane |
| 03/19/2010 | David Bart | 0.30 | Call with Kane re: report |
| 03/19/2010 | David Bart | 0.80 | Finalize report with S. Peltz and J. Tira |
| 03/19/2010 | John Tira | 5.00 | Lease review; rent roll review; report review; budget review financial statement   ⑦   -$95 |
| 03/19/2010 | Robin Brennan | 0.50 | Work on lease analysis   ④⑦   -$980.10 |
| 03/19/2010 | Scott Peltz | 3.30 | Meet with counsel; work on report |
| 03/22/2010 | David Bart | 0.90 | Finalize expert report |
| 03/22/2010 | David Bart | 0.30 | Review updated appraisal |
| 03/22/2010 | David Bart | 0.20 | Call with Lummiman and Kane |
| 03/22/2010 | David Bart | 1.00 | Finalize report and issue |
| 03/22/2010 | David Bart | 0.30 | Call with Kane re: expert report |
| 03/22/2010 | John Tira | 0.50 | Financial statement review |
| 03/22/2010 | John Tira | 3.00 | Report review; report preparation |
| 03/22/2010 | Scott Peltz | 1.40 | Prepare for deposition |

**River West Plaza (767-616-5)**

| Date | Name | Hours | Description | | |
|---|---|---|---|---|---|
| 03/23/2010 | David Bart | 0.90 | Read/analyze approving expert report | | |
| 03/23/2010 | David Bart | 1.00 | Preparation for testimony with S. Peltz | | |
| 03/23/2010 | David Bart | 0.30 | Call with Kane re: plan | | |
| 03/23/2010 | David Bart | 0.40 | Preparation for deposition | ④ | -$135.6 |
| 03/23/2010 | David Bart | 0.30 | Meeting with L. Hoffman | | |
| 03/23/2010 | Scott Peltz | 2.20 | Prepare for deposition | | |
| 03/24/2010 | David Bart | 0.30 | Review with S. Peltz | ④⑦ | -$1,128.60 |
| 03/24/2010 | Scott Peltz | 3.80 | Meet with counsel; attend deposition | | |
| 03/25/2010 | David Bart | 0.20 | Call with Kane re: testimony | | |
| 03/25/2010 | David Bart | 0.20 | Admin | ④ | -$90.40 |
| 03/26/2010 | David Bart | 0.20 | Call with L. Hoffman | | |
| 03/29/2010 | David Bart | 0.30 | Review with S. Peltz | | |
| 03/29/2010 | David Bart | 0.50 | Sensitivity test re: interest rates | ④ | -$45.2 |
| 03/29/2010 | David Bart | 0.10 | Email re: subordination agreement | | |
| 03/29/2010 | David Bart | 0.30 | Analyze subordination agreement | | |
| 03/29/2010 | John Tira | 0.50 | Sensitivity analysis | | |
| 03/29/2010 | Scott Peltz | 1.20 | Prepare for trial | | |
| 03/30/2010 | Scott Peltz | 2.10 | Prepare for trial | | |
| 03/31/2010 | Scott Peltz | 6.00 | Attend trial and provide testimony | | |
| | **Total Services** | **107.60** | | | |

**River West Plaza (767-616-5)**

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/27/2010 | Danielle Woods | 2.50 | QC Updated models |
| 04/28/2010 | Danielle Woods | 0.30 | Conference call with D. Kane and D. Bart re: model |
| 04/28/2010 | Danielle Woods | 0.30 | Call with D. Bart re: updated model |
| 04/29/2010 | Danielle Woods | 0.20 | Call with J. Tira re: model |
| 04/01/2010 | David Bart | 1.20 | Draft fee application |
| 04/06/2010 | David Bart | 0.20 | Fee application |
| 04/09/2010 | David Bart | 0.30 | Fee application |
| 04/12/2010 | David Bart | 0.60 | Research on cap rates for S. Peltz |
| 04/12/2010 | David Bart | 0.20 | Call with D. Kane restructuring |
| 04/13/2010 | David Bart | 0.30 | Call with D. Kane re: restructuring |
| 04/27/2010 | David Bart | 0.40 | Analysis of new forecast models |
| 04/28/2010 | David Bart | 0.30 | Call with D. Woods re: model |
| 04/28/2010 | David Bart | 0.30 | Conference call with D. Kane and D. Woods re: model |
| 04/28/2010 | David Bart | 0.50 | Verify model for D. Kane |
| 04/29/2010 | John Tira | 1.50 | Review of River West budgets; budget updates for growth rates (Formula Driven)/review of findings; emails re: same |
| 04/29/2010 | John Tira | 0.20 | Call with D. Woods re: model |
| 04/13/2010 | Scott Peltz | 2.30 | Meet with management re: plan; call to counsel |
| 04/20/2010 | Scott Peltz | 0.40 | Call with debtor re: revised plan |
|  | **Total Services** | **12.00** |  |

④ − $90

**Direct Expenses**

| | | |
|---|---|---|
| Client Travel | 04/06/2010 | $ 12.00 |
| Meals & Lodg | 04/07/2010 | $ 44.97 |
| | **Total Expenses** | **$ 56.97** |

**River West Plaza (767-616-5)**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/2010 | David Bart | 1.50 | Work with J. Tira re: sensitivity analysis |
| 07/01/2010 | David Bart | 0.30 | Conference call with Kane re: expert report |
| 07/01/2010 | David Bart | 6.00 | Work on expert report |
| 07/01/2010 | David Bart | 1.00 | Work on expert report exhibits |
| 07/01/2010 | David Bart | 0.30 | Update S. Peltz re: analysis |
| 07/01/2010 | John Tira | 7.50 | Preparation of supplemental report |
| 07/01/2010 | Scott Peltz | 0.30 | Update analysis with D. Bart |
| 07/02/2010 | David Bart | 1.60 | Work with J. Tira on exhibits |
| 07/02/2010 | David Bart | 2.00 | Draft expert report |
| 07/02/2010 | John Tira | 4.50 | Preparation and review of supplemental report |
| 07/04/2010 | John Tira | 9.00 | Review of River West models; sensitivity analysis; common size analysis |
| 07/06/2010 | David Bart | 0.20 | Call with Kane re: Zifkin report |
| 07/06/2010 | David Bart | 0.40 | Update workpapers |
| 07/06/2010 | David Bart | 0.60 | Review and analyze Zifkin report |
| 07/06/2010 | John Tira | 1.50 | Review of report misc. report updates |
| 07/06/2010 | Scott Peltz | 3.20 | Work on expert report |
| 07/07/2010 | David Bart | 2.60 | Work on expert report |
| 07/07/2010 | David Bart | 0.50 | Review with S. Peltz re: report |
| 07/07/2010 | David Bart | 0.30 | Call with Kane re: report |
| 07/07/2010 | John Tira | 4.00 | Zifkin Report, QC of various exhibits preparation/completion of final report |
| 07/07/2010 | Scott Peltz | 1.20 | Work on expert report |
| 07/07/2010 | Scott Peltz | 0.50 | Review anlaysis with D. Bart |
| 07/08/2010 | David Bart | 0.30 | Review report and documents |
| 07/14/2010 | David Bart | 0.30 | Prepare S. Peltz for testimony |
| 07/14/2010 | David Bart | 0.10 | Call with S. Peltz re: deposition preparation |
| 07/14/2010 | David Bart | 0.10 | Research question on Plan |
| 07/14/2010 | David Bart | 0.30 | Call with S. Peltz and Kane re: deposition preparation |
| 07/14/2010 | Scott Peltz | 3.60 | Prepare for deposition |
| 07/14/2010 | Scott Peltz | 0.50 | Prepare for testimony with D. Bart |
| 07/15/2010 | David Bart | 0.30 | Preparation for deposition with S. Peltz |
| 07/15/2010 | Scott Peltz | 1.10 | Prepare for deposition |
| 07/15/2010 | Scott Peltz | 2.10 | Attend deposition |
| 07/26/2010 | David Bart | 0.30 | Fee application |
| 07/29/2010 | David Bart | 0.10 | Fee application |
| 07/30/2010 | Scott Peltz | 2.80 | Prepare for testimony |
| 07/31/2010 | Scott Peltz | 1.90 | Prepare for testimony; conference with counsel |

Handwritten: ⑦ −$171

Handwritten: ④ −$470.25

**Total Services    62.80**

**Expenses**

| | | |
|---|---|---|
| Client Travel | 07/15/2010 | $ 12.00 |
| Delivery Services | 07/31/2010 | $ 10.70 |
| | **Total Expenses** | **$ 22.70** |

**River West Plaza (767-616-5)**

| Date | Name | Hours | Description | | |
|---|---|---|---|---|---|
| 07/29/2010 | David Bart | 0.30 | Questions for trial preparation | | |
| 07/29/2010 | Scott Peltz | 0.30 | Review with Bart | | |
| 07/30/2010 | David Bart | 0.30 | Questions for trial preparation | | |
| 07/30/2010 | Scott Peltz | 0.30 | Review questions with Bart for trial preparation | | |
| 08/02/2010 | Scott Peltz | 2.30 | Attend trial and testify | | |
| 08/03/2010 | David Bart | 0.40 | Invoicing | | |
| 08/23/2010 | David Bart | 0.30 | Administration | ④ | -$129 |
| 08/27/2010 | David Bart | 0.20 | Administration | ④ | -$86 |
| | **Total Services** | **4.40** | | | |

**Direct Expenses**

| Publications | 08/06/2010 | $ 69.00 |
|---|---|---|
| | **Total Expenses** | **$ 69.00** |

Exhibit E
River West Plaza-Chicago LLC
RSM McGladrey, Inc.
Expense Detail through September 27, 2010

**Direct Expenses**

| | | | |
|---|---|---|---|
| Client Travel | $24.00 | (6) | $-44.97 |
| Meals & Lodging | $44.97 | | |
| Pacer Charges | $10.16 | | |
| Delivery Services | $10.70 | | |
| Publications | $69.00 | | |
| **Total Expenses** | **$158.83** | | |