UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER WEST PLAZA-CHICAGO, LLC | ) | Case No. 09-46258 |
| d/b/a JOFFCO SQUARE, | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

**ORDER APPROVING FINAL APPLICATION OF RSM MCGLADREY, INC. AS LITIGATION CONSULTANT TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF**

Upon consideration of the Final Application (the "Final Application") of RSM McGladrey, Inc. ("RSM") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $71,272.20 in compensation for 193.00 hours of professional services rendered as Litigation Consultant to River West Plaza-Chicago, LLC (the "Debtor"), for the period March 4, 2010 through and including September 27, 2010 (the "Fee Period") and the reimbursement of $158.83 for actual costs incurred incident to those services; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief,

It is hereby **ORDERED** as follows:

(a) The Final Application is allowed to the extent provided herein;

(b) Notice of the Final Application as provided for therein is sufficient;

(c) RSM is allowed $~~71,272.20~~ $67,701.35 in final compensation for the Fee Period; 

(d) RSM is allowed $~~158.83~~ $113.33 in expense reimbursement for the Fee Period;

(e) The Debtor is authorized to pay RSM $7,127.22, the balance due after credit for payments received by RSM pursuant to its Monthly Fee Statement under the Fee Application Procedures Order[1], less any payments not reflected herein;

(f) RSM's application for allowance and payment of compensation and reimbursement of expenses as Litigation Consultants to the Debtor, and previously paid by the Debtor, are hereby approved on a final basis.

Dated: 17 NOV 2010

ENTERED:

United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Application.