UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

NOV 17 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:  )
 )
 )  Case No. 09 B 46258
RIVER WEST PLAZA-CHICAGO LLC  )
D/B/A JOFFCO SQUARE  )
 )
 )
 )  Chapter 11
Debtor.  )
 )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THE PHILIPSBORN COMPANY, DEBTOR'S FINANCIAL ADVISOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TOTAL FEES REQUESTED:  $10,433.75
TOTAL FEES REDUCED:  $1,475.83
TOTAL FEES ALLOWED:  $8,957.92

**TOTAL FEES AND COSTS ALLOWED: $8,957.92**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)  **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)  **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: November 17, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

# The Philipsborn Company
## MORTGAGE BANKERS

Telefax: 312/207-5569
Direct Dial:

RE:  River West-Chicago, LLC
     Joffco Square
     555 W. Roosevelt Road
     Chicago, IL
     Meltzer Purtill

| DATE | NAME | NOTES | TIME (Hrs.) | RATE ($/Hr.) | BALANCE | |
|---|---|---|---|---|---|---|
| 03/10/10 | AIP | Conversation w/ Counsel | 0.25 | 200 | 50.00 | ④ -$50 |
| 03/10/10 | AIP | Market Research | 0.25 | 200 | 50.00 | |
| 03/12/10 | AIP | Review of Till case | 1.00 | 200 | 200.00 | |
| | AIP | Market Research | 0.50 | 200 | 100.00 | |
| 03/14/10 | AIP | Documents Review; Debtor Plan | 1.00 | 200 | 200.00 | |
| 03/15/10 | AIP/JAL | Review Appraisals, Rent Rolls, Internal Discussion | 2.25 | 200 | 450.00 | ④⑦ -$95 |
| 03/16/10 | AIP/DEK | Market Research; Credit, Draft Letter, Internal Discussion | 2.25 | 200 | 450.00 | ④⑦ -$195 |
| 03/17/10 | AIP/JJL | Preparation, Draft Report, Internal Discussion | 1.25 | 200 | 250.00 | ④ -$83.33 |
| 03/18/10 | AIP/RL | Preparation, Draft Report | 2.50 | 200 | 500.00 | |
| 03/19/10 | AIP/RL | Preparation, Draft Report | 4.50 | 200 | 900.00 | |
| 03/20/10 | AIP | Preparation, Draft Report | 2.00 | 200 | 400.00 | |
| 03/22/10 | AIP | Documents Review; Debtor Plan | 0.75 | 200 | 150.00 | |
| 03/23/10 | AIP | Documents Review; Deposition Prep, Discussion w/ Counsel | 3.00 | 200 | 600.00 | ⑦④ -$260 |
| 03/24/10 | AIP | Preparation for Deposition; Discussion w/ Counsel | 1.00 | 285 | 285.00 | ④ -$142.5 |
| 03/25/10 | AIP | Deposition; Counsel and Seyfarth Shaw | 3.00 | 285 | 855.00 | |
| 03/30/10 | AIP | Review Documents and Report | 2.00 | 285 | 570.00 | |
| 03/31/10 | AIP | Review Documents and Report | 1.00 | 285 | 285.00 | |
| 03/31/10 | AIP | Court Testimony on Debtor's Plan | 2.00 | 285 | 570.00 | |
| **TOTAL** | | | **30.50** | | **$6,865.00** | |

RE: River West-Chicago, LLC
Joffco Square
555 W. Roosevelt Road
Chicago, IL
Meltzer Purtill

| DATE | NAME | NOTES | TIME (Hrs.) | RATE ($/Hr.) | BALANCE |
|---|---|---|---|---|---|
| 06/23/10 | RL | Historical Information; charts | 1.00 | 200 | 200.00 |
| 06/23/10 | DEK | Historical Information; charts | 1.00 | 200 | 200.00 |
| 06/30/10 | AIP | Met with Meltzer Purtill | 1.00 | 200 | 200.00 |
| 07/01/10 | AIP | Worked on Supplement Report | 1.00 | 200 | 200.00 |
| 07/02/10 | AIP | Worked on Supplement Report | 0.25 | 200 | 50.00 |
| 07/06/10 | AIP | Telephone; Meltzer Purtill | 1.00 | 200 | 200.00 |
| 07/06/10 | AIP | Worked on Supplemental Report (Meltzer Purtill) | 1.00 | 200 | 200.00 |
| 07/07/10 | AIP | Finalize Supplemental Report | 1.00 | 200 | 200.00 |
| 07/07/10 | RL | Finalize Supplemental Report | 1.00 | 200 | 200.00 |
| 07/15/10 | AIP | Review Original and Supplemental Reports | 1.00 | 200 | 200.00 |
| 07/15/10 | AIP | Deposition | 2.00 | 200 | 400.00 |
| 07/30/10 | AIP | Review Deposition; Reports | 1.00 | 200 | 200.00 |
| 07/31/10 | AIP | Telephone: Meltzer Purtill | 0.25 | 200 | 50.00 |
| 08/01/10 | AIP | Preparation for Court hearing | 0.75 | 285 | 213.75 |
| 08/02/10 | AIP | Court Hearing | 3.00 | 285 | 855.00 |
| TOTAL | | | 16.25 | | $3,568.75 |