```
                                                                    FILED
            UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF ILLINOIS                         NOV 17 2010
                    EASTERN DIVISION
```

In re:                              )                           EUGENE R. WEDOFF,
                                    )                           BANKRUPTCY JUDGE
                                    )       Case No. 09 B 46258
    RIVER WEST PLAZA-CHICAGO, LLC   )
    d/b/a JOFFCO SQUARE,            )
                                    )
                                    )       Chapter 11
        Debtor.                     )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ZIMMERMAN REAL ESTATE GROUP, LTD., DEBTOR'S VALUATION ADVISERS, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $7,750.00 | TOTAL COSTS REQUESTED: | $96.72 |
| TOTAL FEES REDUCED: | $562.50 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $7,187.50 | TOTAL COSTS ALLOWED: | $96.72 |

### TOTAL FEES AND COSTS ALLOWED: $7,284.22

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)    **Insufficient Description**
    The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)    **Lumping**
    The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: November 17, 2010

                                                    _____
                                                    Eugene R. Wedoff
                                                    United States Bankruptcy Judge

1



**Zimmerman**
**Real Estate Group, Ltd.**
APPRAISERS & CONSULTANTS

# Invoice

| BILL TO |
|---|
| Mr. Forrest Lammiman & Mr. David L. Kane<br>Meltzer, Purtill & Stelle, LLC<br>300 South Wacker Drive<br>Suite 3500<br>Chicago, Illinois  60606 |

| DATE | INVOICE # |
|---|---|
| 3/31/2010 | 23833 |

| TERMS | REP | JOB NO. |
|---|---|---|
| Due Upon Receipt | SU | 10-111 |

| DESCRIPTION | AMOUNT |
|---|---|
| March 2010 Services re:<br>555 West Roosevelt<br>Chicago, Illinois<br><br>Joffco Square<br>Case Number 09-46258<br>Judge Eugene Wedoff<br>Northern District of Illinois, Federal Court<br>Room 742<br>219 South Dearborn Street<br>Chicago, Illinois<br><br>2-26-10  Meeting with Forrest Lammiman & David L. Kane (su) - 1 hour | ④ -$250 |
| 3-19-10  Addenda to 555 West Roosevelt (ss) - 3 hours<br>3-24-10  Preparation, consultation, analysis and review (su) - 2.0 hours<br>3-25-10  Preparation, consultation, analysis and review (su) - 3.0 hours<br>3-25-10  Review of 555 West Roosevelt, March 2010 (ss) - 7.0 hours<br>3-26-10  Preparation, consultation, analysis and review (su) - 6.0 hours | ⑦ -$150 |
| 3-26-10  Review of 555 West Roosevelt, June 2009 (ss) - 2.5 hours<br>3-30-10  Preparation, consultation, analysis, review and testimony (su) - 6.50 hours | ⑦ -$162.50 |
| | **Total** |

Thank you for your business.

Page 1

111 West Washington Street, Suite 750 • Chicago, Illinois 60602 • (312) 782-8000