**FILED**

**NOV 17 2010**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09 B 46258 |
| RIVER WEST PLAZA-CHICAGO, LLC ) | |
| d/b/a JOFFCO SQUARE, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ZIFKIN REALTY GROUP, LLC, DEBTOR'S LEASING CONSULTANT, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TOTAL FEES REQUESTED: $17,700.00
TOTAL FEES REDUCED: $1,012.50
TOTAL FEES ALLOWED: $16,687.50

**TOTAL FEES AND COSTS ALLOWED: $16,687.50**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4) **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7) **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: November 17, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

1

**River West Plaza**

| Date | Name | Hrs | Description | |
|---|---|---|---|---|
| 06.27.10 | Tim Franz | 6.00 | Inventory market, update aerials, calls for comps, identification of competing markets, wrote summary of information | ⑦ −$75 |
| 06.27.10 | Tom Grace | 3.00 | Inventory market, aerial update | |
| 06.27.10 | Czerina Salud | 1.50 | Print aerials, demographics | |
| 06.27.10 | Ed Zifkin | 5.00 | Organize materials, identified research Needs, directed T. Grace, T. Franz and C. Salud. Reviewed proceedings. Reviewed comparable sites in market. | ⑦ −$150 |
| 06.28.10 | Tim Franz | 3.00 | Completed calls, finished summary | ④ −$187.5 |
| 06.28.10 | Ed Zifkin | 6.00 | Reviewed documents, reviewed and organized report of T. Franz | |
| 07.02.10 | Ed Zifkin | 1.00 | Meeting w/Forrest Lammiman ④ −$300 | |
| 07.03.10 | Ed Zifkin | 4.00 | Preparing report | |
| 07.05.10 | Ed Zifkin | 9.00 | Preparing and writing report | |
| 07.06.10 | Ed Zifkin | 8.00 | Editing report, creating and editing Exhibits | |
| 07.06.10 | Czerina Salud | 6.50 | Putting together report, finishing exhibits | |
| 07.07.10 | Ed Zifkin | 2.00 | Revisions to report and exhibits | |
| 07.07.10 | Czerina Salud | 4.00 | Completing revisions and changes to exhibits, completing report for presentation | |
| 07.12.10 | Ed Zifkin | 1.00 | Inspection of River West, Bed Bath & Beyond space and vacant adjacent space | |
| 07.13.10 | Ed Zifkin | 1.00 | Meeting w/Forrest Lammiman and David Kane | ④ −$300 |
| 07.14.10 | Ed Zifkin | 3.00 | Deposition preparation and deposition | |
| 07.27.10 | Ed Zifkin | 2.00 | Review documents, Jonathan Payne's Deposition | |
| 07.29.10 | Ed Zifkin | 3.00 | Review documents, read Gary Greenfield's Deposition | |
| 08.01.10 | Ed Zifkin | 3.00 | Review documents, Collins appraisal, my deposition, etc. | |
| 08.02.10 | Ed Zifkin | 1.00 | Courtroom testimony | |
| | Total Services: | 73.00 | | |