**FILED**

**DEC - 8 2010**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                      )
                                                            )
                                                            )    Case No. 09 B 46258
RIVER WEST PLAZA-CHICAGO, LLC,   )
d/b/a JOFFCO SQUARE,                          )
                                                            )
                                                            )    Chapter 11
Debtor.                                              )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MELTZER, PURTILL & STELLE LLC, FOR ALLOWANCE AND PAYMENT OF SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $565,833.25 | TOTAL COSTS REQUESTED: | $14,460.26 |
| TOTAL FEES REDUCED: | $30,069.00 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $535,764.25 | TOTAL COSTS ALLOWED: | $14,460.26 |

### TOTAL FEES AND COSTS ALLOWED: $550,240.51

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)    **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(13)   **No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

Dated: December 8, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

1

| Date | Description | Task No. | Hours | Amount | Lawyer |
|---|---|---|---|---|---|
| Apr-01-10 | Call--Philipsborn re events at trial (.2); Calls--Small re case status and strategy (.5); Work on motion to extend exclusivity (.3); Review cases re classification issues (.4); Work on Supplemental Reply to Objection to Plan (1.0). | B320 | 2.40 | 1,320.00 | FBL |
| Apr-01-10 | Retrieve documents for A. Bredin re motions (.2) | B190 | 0.25 | 56.25 | LAB |
| Apr-01-10 | Correspondence regarding post-petition interest payment with Ginny Wolfe (.2); multiple correspondence regarding cash collateral extensions and weekly invoices (.6); prepare interim order regarding same (1.0); attention to interim budget (.4); correspondence regarding same (.3) | B210 | 2.50 | 975.00 | DLK |
| Apr-01-10 | Draft post- trial supplemental brief (5.0); calls with Amy Joffe regarding same (.5); work with Lammiman regarding same (.5) | B320 | 6.00 | 2,340.00 | DLK |
| Apr-01-10 | Draft/edit/file exclusivity extension motion and coordinate with F. Lammiman, D. Kane regarding same (1.9); research/review documentation regarding classification issue (1.7) | B320 | 3.60 | 1,404.00 | AMB |
| Apr-02-10 | Analyze alternative plan issues (.5); work on supplemental reply in support of plan (1.3); call--Peltz regarding strategy (.2) | B320 | 2.00 | 1,100.00 | FBL |
| Apr-02-10 | Correspondence regarding supplemental reply brief (.4); revise and finalize same (3.0); meet with Lammiman regarding same (.5); meet with Ann Marie Bredin regarding research (.3) | B320 | 4.20 | 1,638.00 | DLK |
| Apr-02-10 | Research regarding classification, other open plan issues and office conferences with F. Lammiman, D. Kane regarding same (2.4) | B320 | 2.40 | 936.00 | AMB |
| Apr-05-10 | Attention to Mechanic lien claimants as class of creditors and telephone conference with Lammiman regarding same (.3) | B310 | 0.30 | 165.00 | BM |
| Apr-05-10 | Conference with D. Kane concerning mechanic lien claimants (.4) | B310 | 0.40 | 170.00 | ACB |
| Apr-05-10 | Conferences--Kane regarding classification issues (.3); review Supplemental Reply from Bank of America (.5); review Bank of America Objection to Motion to Extend Exclusivity (.3); prepare for hearing (.4) | B320 | 1.30 | 715.00 | FBL |
| Apr-05-10 | Call with Amy Joffe regarding plan strategies (.4); meet with Lammiman regarding same (.3); attention to mechanics lien issues (.5); research regarding same (1.2); review Bank's supplemental reply brief (.5); review banks | B320 | 3.50 | 1,365.00 | DLK |

Handwritten annotation next to third row: ④ -$234

| Date | Description | Code | Hours | Amount | Atty |
|---|---|---|---|---|---|
| | objection to extension of exclusivity (.5); correspondence regarding hearing (.1) | | | | |
| Apr-06-10 | Attention to possible alternative Plans (.4) | B320 | 0.40 | 220.00 | BM |
| Apr-06-10 | Conference with D. Kane and F. Lammiman concerning alternates to existing Plan and new investor. | B320 | 0.40 | 170.00 | ACB |
| Apr-06-10 | Call--Prager regarding confirmation issues (.3); work on possible alternative plan analysis (.7); review and analyze cases regarding classification (1.0). | B320 | 2.00 | 1,100.00 | FBL |
| Apr-06-10 | Attention to and correspondence regarding Quarterly US Trustee fees (.4) | B110 | 0.40 | 156.00 | DLK |
| Apr-06-10 | Correspondence with Bank regarding cash collateral extension (.2); correspondence with clerk regarding same (.1); correspondence with Court (.1) | B190 | 0.40 | 156.00 | DLK |
| Apr-06-10 | Multiple correspondence regarding continued hearing date (.4); meet with Lammiman regarding potential plan strategies (.4); meet with Meltzer regarding same (.1) | B320 | 0.90 | 351.00 | DLK |
| Apr-07-10 | Review classification issues (.2); participate in hearing regarding ruling on plan (1.0); work on issues for possible amended plan (1.0). | B320 | 2.20 | 1,210.00 | FBL |
| Apr-07-10 | Meet with A. Bredin and D. Kane re motion to vacate and research re motion to vacate standards (3.0) | B190 | 3.00 | 675.00 | LAB |
| Apr-07-10 | Review and revise March invoice regarding fee application (1.0) | B160 | 1.00 | 390.00 | DLK |
| Apr-07-10 | Prepare Orders for hearing (.6); appear at confirmation hearing (1.0); meet with Lammiman and client regarding same (.4); meet with Bredin and Bell regarding research for motion to amend judgment (1.0); correspondence with appraiser regarding cash flow (.2); meet with A. Balk regarding feasibility issues (.8); meet with Lammiman regarding amendment plan issues (.8); call with Meltzer regarding same (.3) | B320 | 5.10 | 1,989.00 | DLK |
| Apr-07-10 | Office conference with D. Kane, L. Bell regarding hearing and motions to reconsider (1.0); research regarding Rules 59/60 and Bankruptcy Rule equivalents (4.2) | B320 | 5.20 | 2,028.00 | AMB |
| Apr-08-10 | Attention to revisions to Plan (.5) | B320 | 0.50 | 275.00 | BM |
| Apr-08-10 | Conference with D. Kane regarding term sheet, new Plan (.6) | B320 | 0.60 | 255.00 | ACB |
| Apr-08-10 | Work on Alternative plan issues (.8); call--Prager regarding new plan (.2); conference call--client representatives regarding new structure (.4); conferences--Kane regarding strategy for term sheet and new plan (.3); conference Meltzer regarding new plan (.4); work on new | B320 | 2.70 | 1,485.00 | FBL |

Handwritten annotations: "④ −$39" next to the Apr-06-10 B190 entry; "④ −$156" next to the Apr-06-10 B320 (Multiple correspondence) entry.

4

| Date | Description | Code | Hours | Amount | Atty |
|---|---|---|---|---|---|
| | term sheet (.4); call--A. Joffe regarding term sheet and new plan (.2) | | | | |
| Apr-08-10 | Review local rules re motions to amend or vacate; correspondence with A. Bredin and D. Kane re same (1.0) | B190 | 1.00 | 225.00 | LAB |
| Apr-08-10 | Research and review cases regarding Motions to Amend/Vaccate Judgment (1.0); call with Mark Prager and meet with Lammiman regarding new plan strategies (.5); review orders regarding dismissal (.3); conference call with Prager, Lammiman and Joffe regarding strategy (.7); prepare term sheet (1.0) | B190 | 3.50 | 1,365.00 | DLK |
| Apr-08-10 | Correspondence regarding upcoming bill pay (.3) | B210 | 0.30 | 117.00 | DLK |
| Apr-09-10 | Attention to revised Plan (2.0) | B320 | 2.00 | 1,100.00 | BM |
| Apr-09-10 | Work on multiple versions of term sheet for revised deal (1.4); calls--A. Joffe regarding issues pertaining to term sheet (.6); conferences--Meltzer regarding term sheet issues (.4); call--A. Joffe and others regarding finalizing terms sheet (.2) | B320 | 2.60 | 1,430.00 | FBL |
| Apr-09-10 | Research for D. Kane re new evidence and exclusivity (2.5) | B190 | 2.50 | 562.50 | LAB |
| Apr-09-10 | Correspondence regarding monthly operating report and budgets (.2) | B110 | 0.20 | 78.00 | DLK |
| Apr-09-10 | Call with Dave Bart (.1); research regarding amending judgment (.8); research regarding application of post-petition interest payments to principal (1.0); review judgment transcript (.4); meetings with Lammiman regarding plan strategy (.6); revise term sheet (.8); correspondence regarding same (.3); call with Amy Joffe and Ed Zale regarding same (.9); correspondence regarding same (.2) ④ | B320 | 5.30 | 2,067.00 -$156 | DLK |
| Apr-09-10 | Correspondence with Michael Small regarding answer to declaratory action (.2); review docket regarding same (.2) | L200 | 0.40 | 156.00 | DLK |
| Apr-09-10 | Review transcript of 4/7 hearing (.4) | B190 | 0.40 | 156.00 | AMB |
| Apr-12-10 | Review Bank of America loan agreement (.1); conference with D. Kane regarding commitment and loan document modifications and existing agreement (.3); review Third Plan and prepare funding commitment letter (.5). | B320 | 0.90 | 382.50 | JSG |
| Apr-12-10 | Calls--A. Joffe regarding amendments to Plan (.5); work on revised Plan (2.0) | B320 | 2.50 | 1,375.00 | FBL |
| Apr-12-10 | Research re newly discovered evidence and correspondence with D. Kane re same (3.0) | B190 | 3.00 | 675.00 | LAB |
| Apr-12-10 | Correspondence regarding March operating report (.4) ④ | B110 | 0.40 | 156.00 | DLK -$156 |
| Apr-12-10 | Call with Dave Bart regarding feasibility issues (.5); meet with Lammiman regarding same (.2); | B320 | 5.50 | 2,145.00 | DLK |

| Date | Description | Code | Hours | Amount | Atty |
|---|---|---|---|---|---|
| | attention to Third Amended Plan (2.8); meet with Lammiman regarding same (.2); call with Amy Joffe regarding Plan (.3); revise Assignment of Rents (.6); revise Mortgage (.4); call with Treisman and Wolfe regarding revised budget (.5) | | | | |
| Apr-13-10 | Review revised Plan (.5) | B320 | 0.50 | 275.00 | BM |
| Apr-13-10 | Review and revise new plan (2.6); attention to new equity contribution issues (.4) | B320 | 3.00 | 1,650.00 | FBL |
| Apr-13-10 | Call with Chip Wilkes regarding Monthly Operating Report and Trustee Fees (.1); review draft report and finalize preparation of same (.7) | B110 | 0.80 | 312.00 | DLK |
| Apr-13-10 | Correspondence with Goldman regarding New Equity Commitment and review same (.5); revise Third Amended Plan regarding Lammiman revisions (1.4); revise Note (.6); revise Loan Agreement (1.0); call with Dave Bart regarding plan options (.2) | B320 | 3.70 | 1,443.00 | DLK |
| Apr-14-10 | Conference with D. Kane regarding replacement loan (.1); review revisions (.1) and prepare inserts (.2) | B320 | 0.40 | 170.00 | JSG |
| Apr-14-10 | Calls--A. Joffe regarding new plan and strategy (.4); revise drafts of Third Amended Plan (1.0); conferences--Kane regarding issues for amended plan (.4); calls--Prager regarding amended plan (.3); call--Small regarding amended plan (.2); call--DeJonker regarding response to term sheet (.1) | B320 | 2.40 | 1,320.00 | FBL |
| Apr-15-10 | Prepare Notice of Filing and file Monthly Operating Report for March (.4) | B110 | 0.40 | 156.00 | DLK |
| Apr-15-10 | Correspondence regarding revised 5-year budget (.4); attention to same (.5); correspondence with Bank counsel (.2); review counter term sheet (.3); attention to Motion to Vacate (6.0); meet with Lammiman regarding same and Plan revisions (.3) ④ -$234 | B320 | 7.70 | 3,003.00 | DLK |
| Apr-15-10 | Review Third Amended Plan (.5) | B320 | 0.50 | 275.00 | FBL |
| Apr-15-10 | Additional revisions to 3rd Plan (1.4); incorporate Lammiman comments into Motion to Vacate and revise same (1.0); prepare draft order (.5); attention to exhibits (.8); prepare 3rd Plan for filing (.7); multiple correspondence with Lammiman regarding same (.2); meet with Lammiman regarding Plan matters (.5); call with Joffe and Treisman regarding same (.3); call with B of A counsel regarding term sheet (.1) | B320 | 5.50 | 2,145.00 | DLK |
| Apr-16-10 | Conference--Kane regarding issues regarding amended plan (.2); prepare for meeting with client representatives regarding case status and | B320 | 3.00 | 1,650.00 | FBL |

6

| Date | Description | Code | Hours | Amount | Atty |
|---|---|---|---|---|---|
| | strategy (.3); participate in meeting with client representatives regarding case status and strategy (2.5). | | | | |
| Apr-18-10 | Conference with D. Kane concerning revised Plan and alternative offers (.6) | B320 | 0.60 | 255.00 | ACB |
| Apr-19-10 | Call--A. Joffe regarding strategy for hearing and related issues (.3); attention to classification analysis (.3); review Bank's objection to Third Amended Plan (1.0); review transcript of ruling (.2); review cases regarding classification standards (1.2); prepare for hearing on motion to vacate (1.0) | B320 | 4.00 | 2,200.00 | FBL |
| Apr-19-10 | Correspondence with Debtor and Bank regarding fire maintenance matter (.5) | B210 | 0.50 | 195.00 | DLK |
| Apr-19-10 | Correspondence with Bank counsel regarding page limitations (.1); research regarding classification issues (3.4); meet with Lammiman regarding same (.5); call with Amy Joffe regarding same (.4); review Court docket (.1); review Bank objection to Motion to Vacate (.8); meet with Lammiman regarding same (.4) | B320 | 5.70 | 2,223.00 | DLK |
| Apr-20-10 | Prepare for hearing (1.0); participate in hearing (1.0); messages--Prager and Small regarding hearing results and confirmation strategy (.2); attention to extending use of cash collateral (.2); work on issues regarding discovery and analysis of confirmation issues (1.3) | B320 | 3.70 | 2,035.00 | FBL |
| Apr-20-10 | Multiple correspondence operating budgets (.3); meet with Lammiman regarding interest issues (.2); prepare Agreed Order (.4); review six week budget (.6); correspondence regarding same (.7) | B210 | 2.20 | 858.00 | DLK |

④  -$117

| Date | Description | Code | Hours | Amount | Atty |
|---|---|---|---|---|---|
| Apr-20-10 | Prepare for hearing and multiple correspondence regarding same (1.5); appear at hearing (.8); meet with Meltzer and Lammiman regarding same (.5); meet with Lammiman regarding scheduling and related matters (.4); call with Amy Joffe regarding Plan matters (.4) | B320 | 3.60 | 1,404.00 | DLK |

④  -$585

| Date | Description | Code | Hours | Amount | Atty |
|---|---|---|---|---|---|
| Apr-21-10 | Work on strategy for confirming new plan (.5); call--A. Joffe regarding strategy (.2) | B320 | 0.70 | 385.00 | FBL |
| Apr-21-10 | Prepare MPS monthly fee notice for March (.5); prepare Zimmerman monthly fee notice for March (.5) | B160 | 1.00 | 390.00 | DLK |
| Apr-21-10 | Correspondence with Bank counsel regarding six week operating budget (.5); correspondence regarding Home Depot and Grainger accounts (.3) | B210 | 0.80 | 312.00 | DLK |

④  -$117

| Date | Description | Code | Hours | Amount | Atty |
|---|---|---|---|---|---|
| Apr-21-10 | Call with Ginny Wolfe regarding five year budget for Plan (.5); call with Amy Joffe regarding Plan matters (.5); review five year | B320 | 2.00 | 780.00 | DLK |

7