## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER WEST PLAZA-CHICAGO, LLC, | ) | Case No. 09-46258 |
| d/b/a JOFFCO SQUARE, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |

### FINAL AGREED ORDER AUTHORIZING DEBTOR TO USE
### LENDER'S COLLATERAL, INCLUDING CASH COLLATERAL, AND
### GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 363

Upon the motion [Docket No. 4] (the "Motion") of River West Plaza-Chicago, LLC, d/b/a Joffco Square, debtor and debtor-in-possession in the above-captioned case ("Joffco" or "Debtor"), pursuant to sections 361 and 363 of Title 11 of the United States Code (the "Bankruptcy Code"), for the entry of an order authorizing the Debtor to use cash collateral of Bank of America, N.A. (the "Lender") and providing adequate protection to the Lender; preliminary hearings having been held on December 9, 2009, December 16, 2009, January 6, 2010, February 3, 2010, March 17, 2010, April 20, 2010 and May 26, 2010; the Court having vacated its order dismissing the case [Docket No. 180]; the Debtor's Motion to use cash collateral being reinstated; the Court having entered an order confirming the Joint Plan of Debtor and Lender on December 22, 2010 [Docket No. 498]; the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; it appearing that the Court has jurisdiction and that venue in this District is proper; it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and upon the record herein, after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby,

{33195: 002: 00616571.DOC : }

**FOUND, DETERMINED, ORDERED AND ADJUDGED THAT:**

1.    *Use of Collateral.* As set forth in this final order (the "Final Cash Collateral Order"), the Debtor is hereby authorized to use the Lender's cash collateral, including, but not limited to, the rental income of Joffco Square, pursuant to sections 361 and 363 of the Bankruptcy Code and any other collateral in which the Lender has an interest (collectively, the "Cash Collateral") to pay operating, overhead and administrative expenses of Joffco Square, as more specifically described in the budget attached hereto as **Exhibit A** ("Operating Budget"). The Debtor's use of the Cash Collateral is authorized until January 14, 2011, and may not be extended other than on the express written consent of the Lender or order of the Court, other than as expressly provided below.

2.    *Adequate Protection.* As adequate protection, the Debtor shall continue operating Joffco Square and use the Cash Collateral to pay operating and overhead expenses of Joffco Square, as more specifically set forth in the Operating Budget.

3.    *Termination of Use of Cash Collateral.* Notwithstanding anything to the contrary contained herein, the Debtor's right to use the Cash Collateral as set forth herein shall expire on the earliest to occur of:  (a) January 14, 2011; or (b) the occurrence of one or more of the following Termination Events:

(a)    entry of an order converting the Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code or entry of an order dismissing or suspending the Chapter 11 case;

(b)    entry of an order appointing a trustee under section 1104 of the Bankruptcy Code; or entry of an order appointing an examiner under section 1104(b) with powers beyond those set forth in section 1106(a)(3) and (4) of the Bankruptcy Code;

(c)   the payment by the Debtor, without the Lender's written consent in each instance, of disbursements on a line item basis for the period from Monday of the calendar week after which this case was filed through the end of each calendar week thereafter, taking each such period as one accounting period, in excess of 115% of such disbursements projected to be made in the Operating Budget for each such respective period thereafter; or

(d)   the Debtor breaches or otherwise fails to abide by any of the terms or provisions of the Interim Cash Collateral Order.

4.   On and after a Termination Event, the Debtor shall immediately cease using any of the Cash Collateral; provided, however, that the Debtor reserves the right to seek Court authorization to continue to use such Cash Collateral, and the Lender reserves the right to oppose such relief.

5.   *Effectiveness.* This Final Cash Collateral Order shall constitute findings of fact and conclusions of law and shall take effect immediately upon execution hereof; provided, however, that the findings and conclusions shall be without prejudice to the right of the Lender to make legal arguments or contest factual matters with respect to any future proceedings.

Dated: 2 9 DEC 2010

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

**EXHIBIT A**

<u>OPERATING BUDGET</u>

## Joffco Square
### Operating
### Budget Overview
January 1, 2011 through January 14, 2011

| | TOTAL 1/1/2011-1/14/2011 | Jan 1-Jan 7 | Jan 8-Jan 14 |
|---|---|---|---|
| **CASH RECEIPTS** | | | |
| 42120 · Rent Income | 40,064.00 | 40,064.00 | |
| 43060 · Parking Income | 0.00 | | |
| 43200 · CAM Income | 8,628.00 | 8,628.00 | |
| 43320 · R/E Tax Income | 1,830.00 | 1,830.00 | |
| 43740 · Late Fees | 0.00 | | |
| 43845 · Other - Incl Interest Income | 0.00 | | |
| xx-Unsecured/Admin. Expense Loan | 0.00 | | |
| **TOTAL RECEIPTS** | 50,522.00 | 50,522.00 | 0.00 |
| | | | |
| **BUILDING EXPENSES** | | | |
| 51740 · Security Protection | 5,794.00 | 2,897.00 | 2,897.00 |
| 51745 · Alarm Monitoring | 45.00 | | 45.00 |
| 51750 · Telephone(Alarm) | 280.00 | | 280.00 |
| 60240 · Signs & Graphics | 0.00 | | |
| 70040 · Electricity Expense | 6,500.00 | | 6,500.00 |
| 70120 · Water and Sewer | 0.00 | | |

## Joffco Square
### Operating
### Budget Overview
January 1, 2011 through January 14, 2011

| | TOTAL 1/1/2011-1/14/2011 | Jan 1-Jan 7 | Jan 8-Jan 14 |
|---|---|---|---|
| 70140 · Gas Expense | 800.00 | | 800.00 |
| 72040 · Rubbish Removal | 0.00 | | |
| 72050 · Annual Driveway Fee | 0.00 | | |
| 74000 · On Site Property Mgr-Payroll & Burden | 7,196.00 | 3,102.00 | 4,094.00 |
| 75000 · Pass Thru RE Taxes | 0.00 | | |
| 75040 · R/E Tax Review Fees | 0.00 | | |
| 76060 · Business Pkg Insurance Expense | 0.00 | | |
| 78060 · Elevator-Escalator Maint | 3,912.00 | 3,912.00 | |
| 78160 · Landscaping | 0.00 | | |
| 78200 · Hardware/Glass/Locks | 1,027.00 | 215.00 | 812.00 |
| 78240 · HVAC | 277.00 | 277.00 | |
| 78280 · Plumbing | 0.00 | | |
| 78300 · Electrical Repairs | 0.00 | | |
| 78380 · Roofing Repairs | 0.00 | | |
| 78451 · Parking System Maintenance Exp. | 1,775.00 | 1,775.00 | |
| 78460 · Fire Protection | 0.00 | | |

00617560.XLS

**Joffco Square**
Operating
**Budget Overview**
January 1, 2011 through January 14, 2011

| | TOTAL | | |
|---|---|---|---|
| | 1/1/2011-1/14/2011 | Jan 1-Jan 7 | Jan 8-Jan 14 |
| xxxxx · Temporary Heat | 0.00 | | |
| 78470 · Snow Removal | 16,000.00 | 8,000.00 | 8,000.00 |
| 78580 · Misc. Maint & Work Orders | 1,000.00 | 1,000.00 | |
| 78640 · Other Items (Reserve) | 1,000.00 | | 1,000.00 |
| 78650 · Contract Labor - Floor Mats | 700.00 | 350.00 | 350.00 |
| 78655 · Non-Reimbursable: Warr & Vac Space Cos | 0.00 | | |
| **TOTAL BUILDING EXPENSES** | 46,306.00 | 21,528.00 | 24,778.00 |
| **GENERAL & ADMINISTRATIVE** | | | |
| 51540 · Legal Fees Other/Leasing | 0.00 | | |
| 51550 · Professional Fees | 0.00 | | |
| xxxxx Payroll & Payroll Burden | 10,007.00 | 7,071.00 | 2,936.00 |
| xxxxx · U.S. Trustee Fees | 0.00 | | |
| 91500 · Bank Fees | 0.00 | | |
| **TOTAL GENERAL & ADMINISTRATIVE** | 10,007.00 | 7,071.00 | 2,936.00 |

Page 3

00617560.XLS

## Joffco Square
### Operating
### Budget Overview
January 1, 2011 through January 14, 2011

| | TOTAL 1/1/2011-1/14/2011 | Jan 1-Jan 7 | Jan 8-Jan 14 |
|---|---|---|---|
| **NON OPERATING COSTS** | | | |
| 51526 · Legal Prof. - GFA | 0.00 | | |
| 52540 · Other Consulting Fees | 0.00 | | |
| 91605 · Administrative Rent | 0.00 | | |
| 92600 · Interest Expense | 0.00 | | |
| 98600 · Other Expense | 0.00 | | |
| **TOTAL NON OPERATING COSTS** | 0.00 | 0.00 | 0.00 |
| | | | |
| **NET CASH - IN (OUT)** | -5,791.00 | 21,923.00 | -27,714.00 |
| | | | |
| ADD (DEDUCT ) WEEKLY ACTIVITY | -5,791.00 | 21,923.00 | -27,714.00 |
| CASH ON HAND - Beg. of Period | 1,107,021.00 | 1,107,021.00 | 1,128,944.00 |
| CASH ON HAND - END OF PERIOD | 1,101,230.00 | 1,128,944.00 | 1,101,230.00 |

12/29/2010 12:22

Page 4

00517560.XLS