UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER WEST PLAZA-CHICAGO, LLC, | ) | Case No. 09-46258 |
| d/b/a JOFFCO SQUARE, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date: February 22, 2011 at 9:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, February 22, 2011 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in the courtroom usually occupied by him, Courtroom No. 744, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present the **Final Application of Meltzer, Purtill & Stelle LLC for Allowance of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: January 25, 2011                    **MELTZER, PURTILL & STELLE LLC**

                                        By: /s/ David L. Kane
                                            One of Its Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33195: 002: 00626233.DOC : }

## CERTIFICATE OF SERVICE

I, David L. Kane, an attorney, certify that on January 25, 2011, I caused copies of the attached **Notice of Motion** and **Final Application of Meltzer, Purtill & Stelle LLC for Allowance of Compensation and Reimbursement of Expenses**, to be served via First Class U.S. Mail, postage prepaid, upon the parties set forth on the following Service List.

/s/ David L. Kane

## SERVICE LIST

| | |
|---|---|
| Bank of America, N.A.<br>Gus A. Paloian<br>Jason J. DeJonker<br>James B. Sowka<br>Josh Jubilerer<br>Seyfarth Shaw LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, IL 60603-5577 | Office of the U.S. Trustee, Region 11<br>219 South Dearborn Street, Room 873<br>Chicago, IL 60604<br>Attn: Cameron Gulden |
| ADT Security Services Inc.<br>Customer Service Department<br>14200 East Exposition Avenue<br>Aurora, CO 80012-2540 | Aramark<br>4200 South Halsted<br>Chicago, IL 60609 |
| AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | Aurora TriState Fire Protection Co.<br>1080 Corporate Blvd.<br>Aurora, IL 60502 |
| Automated Parking Technologies<br>1351 West Carroll Avenue<br>Chicago, IL 60607 | Bed Bath & Beyond, Inc.<br>650 Liberty Avenue<br>Union, NJ 07083<br>Attn: Warren Eisenberg/Allan Rauch |
| Bed Bath & Beyond, Inc.<br>c/o Edward M. Schotz<br>Cole, Schotz, Meisel, Forman & Leonard, PA.<br>Court Plaza North - 25 Main Street<br>Hackensack, NJ 07601 | Best Buy Stores, LP<br>Property Management<br>B-6 Legal Dept., Real Estate<br>7601 Penn Avenue South<br>Richfield, MN 55423 |

{33195: 002: 00626233.DOC : }

| | |
|---|---|
| City of Chicago<br>Bureau of Water Management<br>P.O. Box 6330<br>Chicago, IL 60680-6330 | City of Chicago<br>Department of Revenue<br>8108 Innovation Way<br>Chicago, IL 60682-0081 |
| ComEd<br>440 South LaSalle Street<br>Chicago, IL 60605-1028 | Commonwealth Edison Company<br>3 Lincoln Centre, 4th Floor<br>Oakbrook Terrace, IL 60181<br>Attn: Nancy Nimz |
| Compass Concrete Maintenance, Inc.<br>1231 West 105th Street<br>Chicago, IL 60643 | Debt Acquisition Company of America V, LLC,<br>as Claim Assignee of Connelly Electric<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 |
| CorePower Yoga, LLC<br>3901 West 32nd Avenue<br>Denver, CO 80212<br>Attn: Linda Schmehl, CFO | Countryside Landscape Arch. & Contr.<br>29947 North Rand Road<br>Wauconda, IL 60084 |
| Denali Spectrum Operations LLC<br>10307 Pacific Center Court<br>San Diego, CA 92121<br>Attn: Legal Dept. - Stefan Karnavas | G&C Construction & Sealants, Inc.<br>11641 South Ridgeland Avenue<br>Alsip, IL 60803 |
| Grainger<br>2356 South Ashland Avenue<br>Chicago, IL 60608-5304 | Greenberg Farrow Architecture, Inc.<br>3455 Salt Creek Lane, Suite 100<br>Arlington Heights, IL 60005 |
| High Rise Security Systems<br>762 Burr Oak Drive<br>Westmont, IL 60559 | Home Depot Credit Services<br>P.O. Box 9121<br>Des Moines, IA 50368-9121 |
| Inland Mechanical Service Corp.<br>234 James Street<br>Bensenville, IL 60106 | Amy and Leon Joffe<br>c/o Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610<br>Attn: Michael Small & Joanne Lee |
| Lincoln Towing<br>4882 North Clark Street<br>Chicago, IL 60640 | Mesirow Financial<br>321 North Clark Street<br>Chicago, IL 60654 |

{33195: 002: 00626233.DOC : }

| | |
|---|---|
| M.J. Fogarty & Assoc., Inc.<br>13010 West 1549th Street<br>Homer Glen, IL 60491 | Melissa Norris<br>c/o Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610<br>Attn: Michael Small & Joanne Lee |
| Peoples Gas<br>130 East Randolph Drive<br>Chicago, IL 60601-6207 | Program Design Management Inc.<br>518 Koerper Court<br>Wilmette, IL 60091 |
| Rankin, Inc.<br>1051 North Main Street, Suite D<br>Lombard, IL 60148 | River West Plaza-Chicago, LLC<br>Attn: Amy Joffe, Manager<br>5 Revere Drive, Suite 200<br>Northbrook, IL 60062 |
| Schuyler Roche &<br>Crisham, P.C.<br>One Prudential Plaza, Suite 3800<br>130 East Randolph Street<br>Chicago, IL 60601 | Securitas Security Services<br>12672 Collections Center Drive<br>Chicago, IL 60693 |
| Frank Schwab<br>c/o Law Office of John S. Xydakis, P.C.<br>Suite 200<br>7518 West Madison Street<br>Forest Park, IL 60130 | Shepard Schwartz<br>  & Harris LLP<br>123 North Wacker Drive<br>Chicago, IL 60606-1662 |
| Snow Systems, Inc.<br>600 North Wolf Road<br>Wheeling, IL 60090-3030 | Stanley Access Technologies LLC<br>P.O. Box 0371595<br>Pittsburgh, PA 15251-7595 |
| Stanley Access Technologies LLC<br>Attn: Robert St. Paul<br>65 Scott Swamp Road<br>Farmington, CT 06032 | Stone Pogrund and<br>  Korey, LLC<br>1 East Wacker Drive, Suite 2610<br>Chicago, IL 60601 |
| The Rise Group, LLC<br>120 South LaSalle Street, Suite 1350<br>Chicago, IL 60603 | ThyssenKrupp Elevator<br>2305 Enterprise Drive<br>Westchester, IL 60154 |

{33195: 002: 00626233.DOC : }

| | |
|---|---|
| ThyssenKrupp Elevator<br>c/o Michael R. Curry<br>Menges & Molzahn LLC<br>20 North Clark Street, Suite 2300<br>Chicago, IL 60602 | Walker Restoration Consultants<br>36852 Eagle Way<br>Chicago, IL 60678 |
| Zale Administrative Services, LLC<br>5 Revere Drive, Suite 200<br>Northbrook, IL 60062 | Greenberg Farrow Architecture, Inc.<br>c/o Mark E. Leipold<br>Gould & Ratner LLP<br>222 North LaSalle Street, Suite 800<br>Chicago, IL 60609 |
| Kenako Partners, LLC<br>c/o Laurie A. Levin and Ryan T. Schultz<br>Fox, Hefter, Swibel, Levin & Carroll LLP<br>200 W. Madison, Suite 3000<br>Chicago, IL 60606 | Cook County Treasurer's Office<br>Legal Department<br>118 North Clark Street - Room 112<br>Chicago, Il 60602 |
| Securitas Security Services USA Inc<br>c/o Attn: Barbara Miller, Credit Dept<br>4330 Park Terrace Drive<br>Westlake Village, CA 91361 | Midwest Fireproofing, LLC<br>Attn: Scot Wieclaw<br>9404 Corsair Road Suite 102<br>Frankfurt, IL 60423 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER WEST PLAZA-CHICAGO, LLC, | ) | Case No. 09-46258 |
| d/b/a JOFFCO SQUARE, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date: February 22, 2011 at 9:30 a.m. |

**FINAL APPLICATION OF MELTZER, PURTILL & STELLE LLC FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Meltzer, Purtill & Stelle LLC ("MPS"), counsel to River West Plaza-Chicago, LLC, d/b/a Joffco Square, debtor and debtor-in-possession in the above-captioned case ("River West" or "Debtor"), pursuant to 11 U.S.C. §§ 330 and 503(b)(2,) and the Fee Application Procedures Order (as defined hereafter), hereby applies (the "Final Fee Application") for the entry of an order (i) allowing on a final basis the amount of $89,326.50 for legal services rendered and $2,759.07 for expenses during the period from November 1, 2010 to January 25, 2011 (the "Third Fee Period") and (ii) allowing on a final basis the amounts previously approved by the Court in the First Interim Fee Order and the Second Interim Fee Order (each as defined below). Of the total amount of fees and expenses sought for the Third Fee Period, $20,924.20 has been paid to date and shall be credited against the amounts allowed under this Final Fee Application and $71,161.37 remains outstanding. In support hereof, MPS respectfully states as follows:

**INTRODUCTION**

1.   This Court has jurisdiction over this Final Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

{33195: 002: 00626233.DOC : }

2. On December 7, 2009 (the "Petition Date"), River West filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.

3. No creditors' committee has been appointed in this case.

4. On December 17, 2009, the Court entered the *Order Granting Motion for Entry of an Order Establishing Professional Fee Application Procedures* [Docket No. 33] (the "Fee Application Procedures Order"), authorizing the payment of ninety percent (90%) of monthly fees and one hundred percent (100%) of expenses incurred, following circulation of a monthly fee statement to certain notice parties set forth therein (each, a "Monthly Fee Statement").

5. On January 6, 2010, the Court entered the *Order Granting Application to Employ and Retain Meltzer, Purtill and Stelle LLC as Attorneys for the Debtor Pursuant to 11 U.S.C 327(a) and 329* [Docket No. 47], approving employment of MPS as counsel to the Debtor retroactive to the Petition Date.

6. On June 1, 2010, the Court entered the *Order Granting First Application of Meltzer, Purtill & Stelle LLC for Interim Allowance of Compensation and Reimbursement of Expenses for Period from December 7, 2009 through March 31, 2010* [Docket No. 216], allowing MPS' fees of $296,373.85 and expenses of $13,761.36 on an interim basis (the "First Interim Fee Order").

7. On December 21, 2010, the Court entered the *Order Granting Motion to Modify Order Granting Second Application of Meltzer, Purtill & Stelle LLC for Interim Allowance of Compensation and Reimbursement of Expenses for Period from April 1, 2010 through October 31, 2010 Pursuant to Federal Rule of Bankruptcy Procedure 9023* [Docket No. 494], allowing

{33195: 002: 00626233.DOC : }

MPS' fees of $560,659.25 and expenses of $14,460.32 on an interim basis (the "Second Interim Fee Order").

8. On December 22, 2010, the Court entered an order [Dkt. No. 498] confirming the *Joint Plan of Liquidation* [Dkt. No. 395] (the "Joint Plan") filed by the Debtor and its largest creditor, Bank of America, N.A., successor in interest to LaSalle Bank National Association ("Bank of America"). The Effective Date under the Joint Plan occurred on January 11, 2011.

### MPS PROFESIONALS AND SERVICES PROVIDED

9. The attorneys and paralegals performing services for the Debtor, and their respective hourly billing rates, are set forth in the chart below. The hourly rates for the MPS professionals listed below are customary, reasonable and comparable to hourly rates charged for similar legal services by similarly skilled professionals in the Chicago area.

### Summary By Professional for Third Fee Period

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Joy S. Goldman | Partner | 425.00 | 9.80 | 4,165.00 |
| Forrest B. Lammiman | Partner | 550.00 | 8.60 | 4,730.00 |
| Lauren A. Bell | Associate | 225.00 | 18.00 | 4,050.00 |
| David L. Kane | Associate | 390.00 | 195.85 | 76,381.50 |
| | | | **232.25** | **$89,326.50** |

10. Pursuant to Bankruptcy Rule 2016(a) and Local Rule 5082-1, a narrative summary of the services rendered by MPS during the Third Fee Period from November 1, 2010 to January 25, 2011 is set forth herein. A master invoice setting forth all of the fees and expenses sought by MPS for the Third Fee Period is attached hereto as **Exhibit 1**. Itemized and detailed descriptions of the specific services rendered and expenses incurred by MPS to the Debtor during this period are reflected on the billing statements attached hereto as **Exhibit 2-A**

{33195: 002: 00626233.DOC : }

through **Exhibit 2-I**. The billing statements set forth the name of each attorney or paralegal providing service, the date on which each service was rendered, the amount of time expended rendering each service in one-tenth (0.10) hourly intervals, a description of the services rendered and the total amount of services rendered by each attorney or paralegal in each category.

11. The services rendered by MPS to the Debtor during the Third Fee Period from November 1, 2010 to January 25, 2011 have been segregated into nine (9) categories, including an Expense category: (2-A) B110-Case Administration; (2-B) B130-Asset Disposition; (2-C) B160-Fee/Employment Applications; (2-D) B185-Assumption/Rejection of Executory Contracts; (2-E) B210-Business Operations; (2-F) B230-Financing/Cash Collections; (2-G) B310-Claims Administration and Objections; (2-H) B320-Plan and Disclosure Statement; and (2-I) Expenses.

12. The fees sought by MPS in each of the aforesaid billing categories are summarized as follows:

### Summary By Category/Task Code for Third Fee Period

| Exhibit | Category | Amount of Fees Sought |
|---|---|---|
| 2-A | B110-Case Administration | 936.00 |
| 2-B | B130-Asset Disposition | |
| 2-C | B160-Fee/Employment Applications | |
| 2-D | B185-Assumption/Rejection of Executory Contracts | |
| 2-E | B210-Business Operations | |
| 2-F | B230-Financing/Cash Collections | |
| 2-G | B310-Claims Administration and Objections | |
| 2-H | B320-Plan and Disclosure Statement | |
| | **Total Fees:** | $ 89,326.50 |
| 2-I | **Total Expenses:** | $ 2,759.07 |

{33195: 002: 00626233.DOC : }

13. There has been no unnecessary duplication of services by the MPS professionals, either by partners, associates or paralegals of MPS. Where two or more professionals participated in any activity, such joint participation was necessary as a result of (a) either the size or complexity of the matters involved or (b) the need to familiarize each attorney with the matters at issue so that such attorney could perform further necessary services.

14. The tasks performed by MPS in each of the listed categories and the fees and expenses incurred by MPS are set forth in the attached exhibits and are summarized below as follows:

> **Exhibit 2-A**: B110-Case Administration. The fees in this category include, without limitation, time expended for the following: day-to day administration; review, filing and correspondence related to monthly operating reports and quarterly reports for the U.S. Trustee, and monthly disbursement summaries; and general creditor inquiries. As more fully set forth in **Exhibit 2-A** attached hereto, MPS has expended a total of 2.4 hours in this category and is seeking compensation in the amount of $936.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Associate | 390.00 | 2.40 | $936.00 |
| **Total** | | | **2.40** | **$936.00** |

> **Exhibit 2-B**: B130-Asset Disposition. The fees in this category include, without limitation, time expended for the following: attention to and negotiation of sale of Joffco Square; negotiate and prepare sale procedures, supporting documents and related pleadings; negotiate and prepare purchase agreement, supporting documents and related pleadings; attention to due diligence related to sale; and work with CBRE regarding sale, due diligence materials and site visits for potential bidders; attention to bids and Auction; review and negotiation of purchase agreements; and preparation of closing documents. As more fully set forth in **Exhibit 2-B** attached hereto, MPS has expended a total of 79.8 hours in this category and is seeking compensation in the amount of $32,137.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Associate | 390.00 | 65.80 | 25,662.00 |

| Forrest B. Lammiman | Partner | 550.00 | 4.20 | 2,310.00 |
| Joy S. Goldman | Partner | 425.00 | 9.80 | 4,165.00 |
| **Total** | | | **79.80** | **$32,137.00** |

**Exhibit 2-C**: B160-Fee/Employment Applications. The fees in this category include, without limitation, time expended for the following: preparation of Monthly Fee Statements for MPS and the Debtor's professionals; communication with professionals regarding fee applications and attend hearings regarding same. Of the fees sought within this task category, (i) 16.3 hours and $6,357.00 related to the preparation and approval of MPS' Second Interim Fee Application (six months of time) and (ii) 8.5 hours and $3,315.00 related to the preparation of this Final Fee Application (three months of time). As more fully set forth in **Exhibit 2-C** attached hereto, MPS has expended a total of 29.70 hours in this category and is seeking compensation in the amount of $11,583.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Associate | 390.00 | 29.70 | $11,583.00 |
| **Total** | | | **29.70** | **$11,583.00** |

**Exhibit 2-D**: B185-Assumption/Rejection of Executory Contracts. The fees in this category include, without limitation, time expended for the following: review of the Debtor's executory contracts, preparation or cure notice and schedule, and correspondence regarding same. As more fully set forth in **Exhibit 2-D** attached hereto, MPS has expended a total of 2.20 hours in this category and is seeking compensation in the amount of $858.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Associate | 390.00 | 2.20 | 858.00 |
| **Total** | | | **2.20** | **$858.00** |

**Exhibit 2-E**: B210-Business Operations. The fees in this category include, without limitation, time expended for the following: all general day-to-day debtor-in-possession operation issues, including contracts, maintenance and payment of post-petition invoices; attention to creditor and vendor issues, including receivables and payables; attention to scheduling and calendar matters. As more fully set forth in **Exhibit 2-E** attached hereto, MPS has expended a total of 5.6 hours in this category and is seeking compensation in the amount of $2,184.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Associate | 390.00 | 5.60 | $2,184.00 |
| **Total** | | | **5.60** | **$2,184.00** |

**Exhibit 2-F**: B230-Financing/Cash Collections. The fees in this category include, without limitation, time expended for the following: hearings on the use of cash collateral; negotiation and drafting of multiple cash collateral orders; and analysis and preparation of multiple cash collateral budgets; As more fully set forth in **Exhibit 2-F** attached hereto, MPS has expended a total of 2.4 hours in this category and is seeking compensation in the amount of $936.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Associate | 390.00 | 2.40 | 936.00 |
| **Total** | | | **2.40** | **$936.00** |

**Exhibit 2-G**: B310- Claims Administration and Objections. The fees in this category include, without limitation, time expended for the following: attention to claims and general creditor issues under the Joint Plan; analysis, research, preparation of and hearings on motions related to contested Schwab claim and drafting of appellate briefs regarding same; analysis, research, and attention to objections to Cook County tax claim, ThyssenKrupp claim and Securitas administrative claim; analysis, research and preparation of Complaint against Greenberg Farrow Architecture (GFA) claim and matters related to the prosecution thereof. As more fully set forth in **Exhibit 2-G** attached hereto, MPS has expended a total of 99.35 hours in this category and is seeking compensation in the amount of $36,480.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Associate | 390.00 | 76.95 | 30,010.50 |
| Forrest B. Lammiman | Partner | 550.00 | 4.40 | 2,420.00 |
| Lauren A. Bell | Associate | 225.00 | 18.00 | 4,050.00 |
| **Total** | | | **99.35** | **$36,480.50** |

**Exhibit 2-H**: B320-Plan and Disclosure Statement. The fees in this category include, without limitation, time expended for the following: preparation, research, negotiation and formulation of pleadings related to confirmation of the Joint Plan; attention to matters related to the Effective Date budget and creditor distributions under the confirmed Joint Plan. As more fully set forth in **Exhibit 2-H** attached hereto, MPS has expended a total of 10.80 hours in this category and is seeking compensation in the amount of $4,212.90.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Associate | 390.00 | 10.80 | 4,212.00 |
| **Total** | | | **10.80** | **$4,212.00** |

**Exhibit 2-I**: Expenses. The fees in this category include, without limitation, reimbursement of expenses for the following: in-house and offsite copying and printing at not more than $0.10 per page; delivery services, messengers and overnight couriers; postage; Court filing fees for the adversary against Greenberg Farrow Architecture, Inc.; and trial hearing transcripts. As more fully set forth in **Exhibit 2-I** attached hereto, MPS is seeking compensation in the amount of $2,759.07.

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| E101 | Copying | 71.00 |
| E107 | Delivery services/messengers | 73.00 |
| E108 | Postage | 54.12 |
| E112 | Court fees | 250.00 |
| E116 | Trial transcripts | 82.45 |
| E118 | Litigation support vendors | 2,228.50 |
| | **Total Disbursements** | **$2,759.07** |

### INTERIM PAYMENTS AND MONTHLY FEE STATEMENTS

15. MPS was previously allowed fees and expenses on an interim basis pursuant to the First Interim Fee Order (fees of $296,373.85 and expenses of $13,761.36) and the Second Interim Fee Order (fees of $560,659.25 and expenses of $14,460.32) entered by the Court. All fees and expenses allowed under the First Interim Fee Order and the Second Interim Fee Order have been paid to MPS by the Debtor and none of the above amounts remain outstanding. Therefore, the proposed order approving this Final Fee Application requests allowance of such fees and expenses on a final basis.

16. In addition, pursuant to the Fee Application Procedures Order which established procedures for monthly provisional payments of fees and expenses, MPS requested ninety percent (90%) of its fees and one hundred percent (100%) of its expenses for services and

{33195: 002: 00626233.DOC : }

expenses for the period from November 1, 2010 through November 30, 2010 through circulation of its Monthly Fee Statement, summarized as follows:

| Monthly Fee Statement | Total Fees | Total Expenses | 90% of Fees Requested | Total Requested (90% of Fees and 100% of Expenses) | Amount Paid | Amount of 10% Holdback |
|---|---|---|---|---|---|---|
| November '10 | 20,773.00 | 2,228.50 | 18,695.70 | 20,924.20 | 20,924.20 | 2,077.30 |
| **Total:** | **$20,773.00** | **$2,228.50** | **$18,695.70** | **$20,924.20** | **$20,924.20** | **$2,077.30** |

17.    A true and accurate copy of the November Monthly Fee Statement of MPS is attached hereto as **Exhibit 3**. MPS received no objections to its November Monthly Fee Statement. Accordingly, the Debtor has made interim fee payments to MPS pursuant to the Fee Application Procedures Order, which interim payments shall be credited against the amounts allowed under this Final Fee Application for the Third Fee Period. The 10% holdback of $2,077.30 under the November Monthly Fee Statement remains outstanding.

## CONCLUSION

18.    MPS respectfully submits that the fees and expense reimbursement sought to be approved herein are reasonable given the nature, extent and value of services rendered, the complexity of the issues, the quality and skill which the matters required and the costs of comparable services in similar case under Chapter 11 in this District. Overall, the Debtor achieved excellent results in its Chapter 11 Case, including confirmation of its Joint Plan.

19.    MPS has expended a total of 232.25 hours during the Third Fee Period covered by this Final Fee Application for the services described above. The total value of the services and the allowance of compensation requested for those services is $89,326.50. In addition, MPS has incurred $2,759.07 in necessary expenses related to its representation of the Debtors.

20.    MPS has thus far received $20,924.20 in interim payments to be credited against the amount allowed for the Third Fee Period under this Final Fee Application. MPS

{33195: 002: 00626233.DOC : }

requests that the cumulative holdback of 10% of allowed fees under the Fee Application Procedures Order, which currently equals just $2,077.30 for the Third Fee Period, be allowed to be paid to MPS by the Debtor upon entry of the order approving this Second Interim Fee Application.

21. In addition, MPS seeks allowance on a final basis of the fees and expenses previously allowed under the First Interim Fee Order and the Second Interim Fee Order.

## NOTICE

22. Pursuant to the Fee Application Procedures Order, notice of this Motion has been given to: (a) the Office of the United States Trustee; (b) counsel to Bank of America, N.A.; and (c) each party that has filed an appearance or requested notice pursuant to Federal Bankruptcy Rule 2002. In light of the nature of the relief requested, MPS submits that no further notice is required.

*[Remainder of page intentionally left blank]*

WHEREFORE, MPS respectfully requests that the Court enter an order:

(a) allowing on a final basis the amount of $89,326.50 for compensation of fees and $2,759.07 for reimbursement of expenses, respectively, for the Third Fee Period from November 1, 2010 to January 25, 2011, which amount includes the 10% holdback under the November Monthly Fee Statement in the amount of $2,077.30;

(b) allowing on a final basis the fees and expenses previously allowed under the First Interim Fee Order and the Second Interim Fee Order; and

(c) authorizing the Debtor to pay to MPS the combined awarded amount, less any amounts previously paid to MPS pursuant to the Monthly Fee Statements and prior interim fee Orders.

Dated: January 25, 2011

Respectfully submitted,

**MELTZER, PURTILL & STELLE LLC**

By: /s/ David L. Kane
      One of Its Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33195: 002: 00626233.DOC : }