UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-46258 |
| RIVER WEST PLAZA-CHICAGO, LLC, | ) | |
| d/b/a JOFFCO SQUARE, | ) | Chapter: 11 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FINAL APPLICATION OF MELTZER, PURTILL & STELLE LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER having come before this Court upon the FINAL APPLICATION OF MELTZER, PURTILL & STELLE LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (the "Application"); the Court finding that: (i) it has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) proper and adequate notice of the Application and the hearing thereon has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Application, after having given due deliberation to the Application and all of the proceedings had before the Court in connection with the Application. Therefore,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. For the Third Fee Period between November 1, 2010 and January 25, 2011, Meltzer, Purtill & Stelle LLC is allowed on a final basis compensation for professional fees in the amount of $89,326.50 and reimbursement of expenses in the amount of $2,759.07.

3. The amounts awarded to Meltzer, Purtill & Stelle LLC for professional fees and expenses in the First Interim Fee Order [Dkt No. 216] and the Second Interim Fee Order [Dkt. No. 494](each as further defined in the Application) are allowed on a final basis.

Enter: *[signature]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: **2 2 FEB 2011**

**Prepared by counsel of Movant:**

Forrest Lammiman (No. 6208632)
David Kane (No. 6277758)
Meltzer, Purtill & Stelle LLC
300 S. Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

Rev: 20101008_bko