# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER WEST PLAZA-CHICAGO, LLC, | ) | Case No. 09-46258 |
| d/b/a JOFFCO SQUARE, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |

## FINAL DECREE CLOSING CASE OF
## RIVER WEST PLAZA-CHICAGO, LLC d/b/a JOFFCO SQUARE

Upon the above-captioned debtor's (the "Debtor") Motion for Entry of a Final Decree Closing Chapter 11 Case of River West Plaza-Chicago, LLC d/b/a Joffco Square (the "Motion")[1] seeking entry of a final decree closing the above-captioned bankruptcy case; and no previous application for such relief having been made; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Joint Plan; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157; and upon consideration of the Debtor's Motion and no responses thereto having been filed or the Court having overruled any such responses; and the Court being satisfied that the Debtor's estate has been fully administered within the meaning of section 350 of the Bankruptcy Code; and due and proper notice of the Debtor's Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore; it is HEREBY ORDERED:

1. The above-captioned bankruptcy case shall be closed as provided for in section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, effective as of the date this

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

{33195: 002: 00633682.DOC : }

Case 09-46258    Doc 536    Filed 02/23/11    Entered 02/24/11 11:23:32    Desc Main
              Document      Page 2 of 2

order is entered.

2. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Rules 3022-1 and 9013-3 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois are satisfied by such notice.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

5. Fees payable by the Debtor to the United States Trustee under 28 U.S.C. § 1930, if any, shall be paid within ten (10) days of the entry of this order.

Dated: **23 FEB 2011**

Honorable Eugene R. Wedoff
United States Bankruptcy Judge