# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER WEST PLAZA-CHICAGO, LLC, | ) | Case No. 09-46258 |
| d/b/a JOFFCO SQUARE, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date: June 29, 2011 at 9:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, June 29, 2011 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in the courtroom usually occupied by him, Courtroom No. 744, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present the **Final Application of Stone Pogrund & Korey LLC for Allowance of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: June 2, 2011                                    **MELTZER, PURTILL & STELLE LLC**


                                                       By: /s/ David L. Kane
                                                            One of Its Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33195: 002: 00743832.DOC : }

# CERTIFICATE OF SERVICE

I, David L. Kane, an attorney, certify that on June 2, 2011, I caused copies of the attached **Notice of Motion** and **Final Application of Stone Pogrund & Korey LLC for Allowance of Compensation and Reimbursement of Expenses**, to be served via electronic notice on the parties appearing in the Court's CM/ECF system and upon the following parties as noted.

                                                                               /s/ David L. Kane

## REGISTRANTS SERVED VIA CM/ECF

- Michael R Curry    mrc@menges.com

- Daniel P. Dawson    ddawson@nisen.com, adrag@nisen.com

- Jason J DeJonker    jdejonker@seyfarth.com

- David L Kane    dkane@mpslaw.com, dnichols@mpslaw.com

- Brittany E Kirk    bkirk@nisen.com

- Forrest B Lammiman    flammiman@mpslaw.com, dkane@mpslaw.com;lbell@mpslaw.com;dnichols@mpslaw.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- Joanne Lee    jlee@foley.com

- Mark E Leipold    mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com

- James J McNamara    jmcnamara@srcattorneys.com, jomalley@srcattorneys.com;efogel@srcattorneys.com

- Gus A Paloian    gpaloian@seyfarth.com

- Ryan Pinkston    rpinkston@seyfarth.com, chidocket@seyfarth.com

- Ryan T Schultz    rschultz@fhslc.com, docket@fhslc.com

- Michael J. Small    msmall@foley.com, khall@foley.com

- James B. Sowka    jsowka@seyfarth.com

- Lawrence J. Stark    lstark@spklaw.com

- John Xydakis    johnxlaw@gmail.com

              Document      Page 3 of 8

**PARTIES SERVED VIA FIRST CLASS U.S. MAIL**

Greenberg Farrow Architecture, Inc.
Attn: Essie Ghadrdan
1430 West Peachtree Street, NW, Suite 200
Atlanta, GA 30309

Flint & Adler, LLP
Attn: Michael Flint and Shira Adler
One Premier Plaza
5605 Glenridge Drive, Suite 880
Atlanta, GA 30342

Foran, Glennon, Palandech Ponzi & Rudloff P.C.
Attn: Douglas R. Allen
222 North LaSalle Street, Suite 1400
Chicago, IL 60601

Stone Pogrund & Korey LLC
Attn: Martin Korey and Dean Lurie
1 East Wacker Drive Suite 2610
Chicago, IL  60601

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, IL 60604

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER WEST PLAZA-CHICAGO, LLC, | ) | Case No. 09-46258 |
| d/b/a JOFFCO SQUARE, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date: June 29, 2011 at 9:30 a.m. |

**FINAL APPLICATION OF STONE POGRUND & KOREY LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Stone Pogrund & Korey LLC ("SPK"), special counsel to River West Plaza-Chicago, LLC, d/b/a Joffco Square, debtor and debtor-in-possession in the above-captioned case (the "Debtor"), pursuant to 11 U.S.C. §§ 330 and 503(b)(2) and the Fee Application Procedures Order (as defined hereafter), hereby applies (the "Fee Application") for the entry of an order allowing as its final compensation the amount of $9,180.00 for legal services rendered and $0.00 for expenses during the period from December 29, 2010 to June 1, 2011. In support hereof, SPK respectfully states as follows:

**INTRODUCTION**

1. This Court has jurisdiction over this Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On December 7, 2009 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.

3. No creditors' committee has been appointed in this case.

{33195: 002: 00743832.DOC : }

4.  On December 17, 2010, the Debtor commenced this adversary proceeding against Greenberg Farrow Architecture, Inc. ("GFA") with respect to (i) the Debtor's defenses to the GFA claims asserted against the Debtor and (ii) the Debtor's counterclaims against GFA.

5.  On January 25, 2011, the Court entered the *Order Granting Application to Employ and Retain Stone Pogrund & Korey LLC as Special Counsel for the Debtor Pursuant to 11 U.S.C 327(a) and 329* [Docket No. 519], approving employment of SPK as special counsel to the Debtor retroactive to December 29, 2010.

## PROFESIONALS AND SERVICES PROVIDED

6.  The SPK attorneys performing services for the Debtor, and their respective hourly billing rates, are set forth in the chart below. The hourly rates for the SPK professionals listed below are customary, reasonable and comparable to hourly rates charged for similar legal services by similarly skilled professionals in the Chicago area.

| Professional | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Martin S. Korey (MSK) | Partner | 400.00 | 11.70 | $4,500.00 |
| Dean J. Lurie (DJL) | Associate | 250.00 | 18.00 | $4,680.00 |
| **Total** | | | **29.70** | **$9,180.00** |

7.  Pursuant to Bankruptcy Rule 2016(a) and Local Rule 5082-1, a narrative summary of the services rendered by SPK during the period from December 29, 2010 to June 1, 2011 is set forth below:

   a.  <u>Special Counsel/Litigation Services</u>. The fees in this category include, without limitation, time expended for the following: conferences and communications with the Debtor and its primary bankruptcy counsel; negotiations with opposing counsel; appearance at hearings; negotiation and preparation of settlement offers and related agreements. SPK has expended a total of **29.70 hours** in this category and is seeking compensation in the amount of **$9,180.00**.

8.  Itemized and detailed descriptions of the specific services rendered by SPK to the Debtor are reflected on the billing statements attached hereto as **Exhibit A**. The billing

{33195: 002: 00743832.DOC : }

9. There has been no unnecessary duplication of services by the SPK professionals, either by partners or associates of SPK. Where two or more professionals participated in any activity, if any, such joint participation was necessary as a result of (a) either the size or complexity of the matters involved or (b) the need to familiarize each attorney with the matters at issue so that such attorney could perform further necessary services.

## CONCLUSION

10. SPK respectfully submits that the fees and expense reimbursement sought to be approved herein are reasonable given the nature, extent and value of services rendered, the complexity of the issues, the quality and skill which the matters required and the costs of comparable services in similar cases under Chapter 11 in this District.

11. SPK has expended a total of 29.70 hours for the services described above. The total value of the services and the allowance of compensation requested for those services is $9,180.00.

## NOTICE

12. Notice of this Fee Application has been given to: (a) the Office of the United States Trustee and (b) each party that has filed an appearance or requested notice pursuant to Federal Bankruptcy Rule 2002. In light of the nature of the relief requested, SPK submits that no further notice is required.[1]

---

[1] On February 23, 2011, the Court entered a final decree closing the Debtor's Chapter 11 case [Dkt. No. 536]. All distributions to creditors under the Debtor's confirmed plan have been made, and this adversary remains the only pending matter.

{33195: 002: 00743832.DOC : }

WHEREFORE, SPK respectfully requests that the Court enter an order (a) allowing and awarding as its final compensation the amount of $9,180.00 for compensation of fees and $0.00 for reimbursement of expenses, respectively, for the period from December 29, 2010 to June 1, 2011 pursuant to 11 U.S.C. § 330; and (b) granting such other and further relief as is just and proper.

Dated: June 2, 2011                                      Respectfully submitted,

**STONE POGRUND & KOREY LLC**

*and filed by*

**MELTZER, PURTILL & STELLE LLC**

By:  /s/ David L. Kane  
     One of the Debtor's Attorneys

Forrest B. Lammiman (ARDC No. 6208632)  
David L. Kane (ARDC No. 6277758)  
MELTZER, PURTILL & STELLE LLC  
300 South Wacker Drive, Suite 3500  
Chicago, Illinois 60606  
(312) 987-9900  
(312) 987-9854 (facsimile)

{33195: 002: 00743832.DOC : }

# EXHIBIT A

## INVOICES

{33195: 002: 00743832.DOC : }