UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 09 B 46258 |
| RIVER WEST PLAZA-CHICAGO LLC | ) | |
| d/b/a JOFFCO SQUARE | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO STONE, POGRUND & KOREY LLC, SPECIAL COUNSEL TO THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $9,180.00 | TOTAL COSTS REQUESTED: | $00.00 |
| TOTAL FEES REDUCED: | $2,100.00 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $7,080.00 | TOTAL COSTS ALLOWED: | $00.00 |

**TOTAL FEES AND COSTS ALLOWED: $7,080.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)   **Insufficient Description**
     The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated: June 29, 2011

                                                                              Pamela S. Hollis
                                                                              United States Bankruptcy Judge



**STONE
POGRUND
& KOREY LLC**
*Attorneys at Law    Established 1957*

1 EAST WACKER DRIVE, SUITE 2610
CHICAGO, ILLINOIS 60601
PHONE: 312-782-3636 FAX 312-782-1482
www.spklaw.com

JOFFCO LLC
ATTN: AMY JOFFE
705 REDWOOD LANE
5 REVERE DRIVE  SUITE 2009
GLENCOE IL 60022-2031

Page: 1
06/02/2011
Account No:    ZALEG00-005M
Statement No:       16854

RIVER WEST VS. GFA BANKRUPTCY LITIGATION

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/29/2010 | MSK | TELEPHONE CALLS WITH DAVID KANE AND AMY JOFFE ④ | 400.00 | 0.30 | 120.00  −$120 |
| | DJL | MEET WITH MARTY, (.2) CALL WITH AMY JOFFE, CALL WITH DAVID KANE, (1.0) IN RE: LITIGATION STRATEGY (.3) | 250.00 | 1.50 | 375.00 |
| | DJL | TELEPHONE CALLS WITH DAVID KANE (.2) AND AMY JOFFE (.1) ④ | 250.00 | 0.90 | 225.00  −$225 |
| | MSK | REVIEW AND REVISE ENGAGEMENT LETTER | 400.00 | 0.30 | 120.00 |
| | MSK | DRAFT E-MAIL FULLY EXECUTED ENGAGEMENT LETTER TO AMY JOFFE | 400.00 | 0.30 | 120.00 |
| 12/30/2010 | MSK | DRAFT ENGAGEMENT LETTER; (.3) REVISE MEMO (.2) | 400.00 | 0.50 | 200.00 |
| 12/31/2010 | DJL | ⟨CALL WITH AMY JOFFE, (.2)⟩⟨CALL WITH MARTY, (.2)⟩ REVIEW ENGAGEMENT LETTERS (.2) DRAFT REVISIONS TO ENGAGEMENT LETTERS, (.2)⟨E-MAIL OUT (.1)⟩  ④ | 250.00 | 0.90 | 225.00  −$125 |
| 01/03/2011 | MSK | REVIEW GFA PROOF OF CLAIM AND OBJECTION - DEBTOR / BANK OF AMERICA - "INVOICES" | 400.00 | 0.10 | 40.00 |
| | MSK | REVIEW REVISED 2ND AMENDMENT TO REA | 400.00 | 0.30 | 120.00 |
| | MSK | DRAFT E-MAIL APPROVAL TO BUYER'S ATTORNEY AMENDMENT TO REA | 400.00 | 0.30 | 120.00 |
| 01/12/2011 | MSK | TELEPHONE CONFERENCE WITH MIKE FLINT - 1/14/11 CALL  ④ | 400.00 | 0.30 | 120.00  −$120 |
| | MSK | DRAFT E-MAIL YOUNG AND MIKE CONFIRMING 1/14/11 SETTLEMENT CALL 2:00 PM CST CALL 3:00 PM EST | 400.00 | 0.30 | 120.00 |
| | MSK | TELEPHONE CONFERENCE WITH DOUG PALENDECH | | | |

JOFFCO LLC

RIVER WEST VS. GFA BANKRUPTCY LITIGATION

Page: 2
06/02/2011
Account No:    ZALEG00-005M
Statement No:         16854

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | SETTLEMENT CALL 2:00 PM CST CALL 3:00 PM EST | 400.00 | 0.30 | 120.00 |
| | MSK | TELEPHONE CONFERENCE WITH DOUG PALENDECH (.1)- ATTORNEY FOR GFA IN MALPRACTICE SETTLEMENT CONFERENCE (.1) | 400.00 | 0.20 | 80.00 |
| 01/13/2011 | MSK | TELEPHONE CONFERENCE WITH DAVID KANE - REPRESENTATION AND STATUS | 400.00 | 0.30 | 120.00 |
| | MSK | DRAFT E-MAIL OPPOSING LAWYER (.2) AND AMY - 1/17/11 2:00 PM CONFERENCE CALL (.1) | 400.00 | 0.30 | 120.00 |
| | DJL | DRAFT REVISIONS TO AFFIDAVIT OF MARTIN S. KOREY; (.2) REVIEW ORDER CONFIRMING JOINT 13 PLAN; (.1) DRAFT EMAIL TO DAVID KANE (.1) ④ −$25 | 250.00 | 0.40 | 100.00 |
| | MSK | REVIEW AND REVISE AFFIDAVIT IN SUPPORT OF APPLICATION TO RETAIN STONE POGRUND & KOREY AS SPECIAL COUNSEL FOR DEBTOR | 400.00 | 0.50 | 200.00 |
| 01/17/2011 | MSK | TELEPHONE CONFERENCE CALL - (.1) SETTLEMENT MIKE FLINT, (.1) DOUG PALENDECH, (.1) MARTIN KOREY (.1) AND DEAN LURIE (.1) | 400.00 | 0.50 | 200.00 |
| | MSK | TELEPHONE CONFERENCE WITH AMY JOFFE SETTLEMENT | 400.00 | 0.10 | 40.00 |
| | MSK | TELEPHONE CONFERENCE WITH DAVID KANE - SETTLEMENT | 400.00 | 0.10 | 40.00 |
| | DJL | PREPARE FOR CONFERENCE CALL; (.2) ATTEND CONFERENCE CALL IN RE: SETTLEMENT; (.3) CALL TO AMY JOFFE, (.1) CALL TO DAVID KANE (.1) ④ −$125 | 250.00 | 0.70 | 175.00 |
| 01/24/2011 | MSK | TELEPHONE CONFERENCE WITH OPPOSING LAWYER SETTLEMENT COUNTER-OFFER | 400.00 | 0.40 | 160.00 |
| | MSK | TELEPHONE CONFERENCE WITH AMY - SETTLEMENT COUNTER-OFFER | 400.00 | 0.40 | 160.00 |
| | MSK | TELEPHONE CONFERENCE WITH GFA ATTORNEYS (.1)- MOTION TO DISMISS (.1) / SETTLEMENT (.2) | 400.00 | 0.40 | 160.00 |
| | MSK | TELEPHONE CONFERENCE WITH DAVID KANE (.2) AND AMY JOFFE MOTION TO DISMISS SETTLEMENT (.2) | 400.00 | 0.40 | 160.00 |
| | DJL | MEETING WITH MARTIN KOREY IN RE: SETTLEMENT, (.2) REVIEW GFA MOTION TO DISMISS (.2) AND | | | |

JOFFCO LLC

RIVER WEST VS. GFA BANKRUPTCY LITIGATION

Page: 3
06/02/2011
Account No: ZALEG00-005M
Statement No: 16854

| | | Rate | Hours | |
|---|---|---|---|---|
| CORRESPONDENCE (.1) ④ | | 250.00 | 0.50 | −$25 125.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/25/2011 | MSK | CONFERENCE COURT APPEARANCE ENGAGEMENT OF SP&K AS SPECIAL COUNSEL | 400.00 | 1.50 | 600.00 |
| | MSK | DRAFT E-MAIL AMY - RETENTION (.1) AND STATUS DATE (.1) | 400.00 | 0.20 | 80.00 |
| 01/26/2011 | MSK | REVIEW PROOF OF GFA CLAIM, (.1) DEBTOR'S OBJECTION (.1) AND DISPUTED INVOICE SUMMARY (1.) - IN RE: PREPARATION FOR OFFER OF SETTLEMENT OF PROOF OF CLAIM (.2) | 400.00 | 0.50 | 200.00 |
| | MSK | TELEPHONE CONFERENCE WITH GFA E&O ATTORNEY (.01)- DOUG PALENDECH (.01) - CONFIRM ENGAGEMENT; (.01) DETERMINE IF E&O CAN SETTLE WITHOUT INVOICE CLAIM BEING SETTLED WITH INSURANCE CARRIER (.7) | 400.00 | 0.10 | 40.00 |
| | DJL | DRAFT APPEARANCE IN GENERAL BK CASE (.4) AND ADVERSARY CASE, (.2) FILE APPEARANCES, (.2) REVIEW DISPUTED INVOICE SUMMARY, (.2) CONFERENCE WITH MARTIN KOREY (.2) ④ −$50 | 250.00 | 1.20 | 300.00 |
| 01/28/2011 | MSK | TELEPHONE CONFERENCE WITH DOUG PALANDECH - BEFERCATED NO SETTLEMENT OF E&O E-MAIL AMY JOFFE - NEW SETTLED OFFER TO BE MADE - GLOBAL SETTLEMENT OF BOTH MATTERS | 400.00 | 0.10 | 40.00 |
| | MSK | TELEPHONE CONFERENCE,(.1) DRAFT FORWARD BEST BUY INQUIRY TO DAVID KANE (.1) ④ −$20 | 400.00 | 0.20 | 80.00 |
| 01/31/2011 | MSK | TELEPHONE CONFERENCE WITH AMY JOFFE - SETTLEMENT | 400.00 | 0.10 | 40.00 |
| | MSK | TELEPHONE CONFERENCE WITH AMY JOFFE - SETTLEMENT | 400.00 | 0.10 | 40.00 |
| | MSK | DRAFT E-MAIL SETTLEMENT OFFER TO OPPOSING LAWYERS ADVERSARY PROCEEDING AND DISPUTED CLAUSE | 400.00 | 0.20 | 80.00 |

JOFFCO LLC

RIVER WEST VS. GFA BANKRUPTCY LITIGATION

Page: 4
06/02/2011
Account No: ZALEG00-005M
Statement No: 16854

| Date | | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/10/2011 | DJL | REVIEW AND DRAFT E-MAILS TO DOUG ALLAN, (.3) CONFERENCE WITH MARTIN KOREY (.2) | ④ | 250.00 | 0.50 | −$25 / 125.00 |
| 02/11/2011 | DJL | CALL WITH MIKE FLINT, (.2) CALL WITH DOUG ALLEN IN RE: DISCOVERY SCHEDULE AND SETTLEMENT, (.6) DRAFT E-MAIL IN RE: CONFERENCE CALL (.2) | ④ | 250.00 | 1.00 | −$100 / 250.00 |
| 02/14/2011 | MSK | TELEPHONE SETTLEMENT CONFERENCE CALL ALL ATTORNEYS INVOICE(.2) AND E & O MATTER MIKE FLICK, (.1) DOUG ALLEN, (.2) DOUG PALENDECH, (.2) DEAN LURIE (.2) AND MARTIN KOREY (.1) | | 400.00 | 1.00 | 400.00 |
| | MSK | TELEPHONE CONFERENCE WITH AMY JOFFE (.05) AND DAVID KANE (.05) | ④ | 400.00 | 0.10 | −$40 / 40.00 |
| | DJL | CONFERENCE CALL WITH COUNSEL FOR ALL PARTIES IN RE: SETTLEMENT, (.5) REVIEW PROPOSED AGREED ORDER, (.2) CALL WITH DOUG PALANDECH, (.2) CALL WITH DOUG ALLEN IN RE: SCHEDULING ORDER (.4) | ④ | 250.00 | 1.30 | −$50 / 325.00 |
| 02/15/2011 | MSK | DRAFT E-MAIL CLIENT - CONTINUED SETTLEMENT DATE OF 2/23/11 | | 400.00 | 0.10 | 40.00 |
| | DJL | COURT APPEARANCE IN RE: BANKRUPTCY STATUS | | 250.00 | 1.00 | 250.00 |
| 02/21/2011 | MSK | TELEPHONE CONFERENCE WITH AMY JOFFE - SETTLEMENT | | 400.00 | 0.10 | 40.00 |
| | DJL | CALL WITH DOUG PALANDECH IN RE: GLOBAL SETTLEMENT | | 250.00 | 0.30 | 75.00 |
| 02/22/2011 | DJL | DRAFT E-MAIL TO COUNSEL IN RE: AGREED ORDER, (.1) REVIEW AGREED ORDER, (.1) DRAFT E-MAIL TO DOUG ALLEN, (.1) REVIEW REVISED AGREED ORDER, (.1) DRAFT E-MAIL TO COUNSEL (.1) | ④ | 250.00 | 0.50 | −$50 / 125.00 |
| 02/23/2011 | DJL | COURT APPEARANCE IN RE: MOTION TO DISMISS | | | | |

JOFFCO LLC

RIVER WEST VS. GFA BANKRUPTCY LITIGATION

Page: 5
06/02/2011
Account No: ZALEG00-005M
Statement No: 16854

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | AND STATUS, (.8) CALL WITH DOUG PALANDECH (.5) ④ | 250.00 | 1.30 | −$125 / 325.00 |
| 02/24/2011 | MSK | TELEPHONE CONFERENCE WITH AMY JOFFE - SETTLEMENT | 400.00 | 0.10 | 40.00 |
| 03/04/2011 | DJL | CALL WITH DOUG PALANDECH, (.2) REVIEW NOTICES OF DEPOSITION AND SUBPOENAS ISSUED BY GFA (.3) ④ | 250.00 | 0.50 | −$50 / 125.00 |
| 03/16/2011 | DJL | DRAFT E-MAIL SUMMARY TO DOUG PALANDECH (.1) AND MIKE FLINT IN RE: SETTLEMENT (.1) | 250.00 | 0.20 | 50.00 |
| 03/17/2011 | DJL | REVIEW SETTLEMENT CORRESPONDENCE, (.1) DRAFT E-MAIL TO DOUG PALANDECH, (.1) MEET WITH MARTIN KOREY (.1) ④ | 250.00 | 0.30 | −$50 / 75.00 |
| 03/22/2011 | DJL | REVIEW SETTLEMENT E-MAILS, DRAFT E-MAILS TO DOUG PALANDECH, DOUG ALLEN AND MIKE FLINT AND CONFERENCE WITH MARTIN KOREY ④ | 250.00 | 0.40 | −$100 / 100.00 |
| 03/23/2011 | DJL | CALL WITH MIKE FLINT ④ | 250.00 | 0.30 | −$75 / 75.00 |
| 03/24/2011 | DJL | CALL WITH DOUG PALANDECH IN RE: SETTLEMENT (.1) DRAFT E-MAILS TO DOUG (.1) AND MIKE FLINT (.1) ④ | 250.00 | 0.30 | −$50 / 75.00 |
| 03/28/2011 | DJL | CALL WITH DOUG PALANDECH ④ | 250.00 | 0.30 | −$75 / 75.00 |
| 04/01/2011 | MSK | REVIEW E-MAILS TO SCOTT DIAZ (.13) AND AMY JOFFE (.12) ④ | 400.00 | 0.25 | −$100 / 100.00 |

JOFFCO LLC

Page: 6
06/02/2011
Account No: ZALEG00-005M
Statement No: 16854

RIVER WEST VS. GFA BANKRUPTCY LITIGATION

| Date | Atty | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/04/2011 | DJL | CALL TO MIKE FLINT | (4) | 250.00 | 0.10 | 25.00 −$25 |
| | DJL | DRAFT E-MAIL TO DOUG (.05) AND MIKE IN RE: SETTLEMENT (.05) | | 250.00 | 0.10 | 25.00 |
| 04/05/2011 | DJL | CALL WITH DOUG PALANDECH | (4) | 250.00 | 0.20 | 50.00 −$50 |
| 04/08/2011 | MSK | DRAFT E-MAIL TO MIKE FLINT (.13) AND DOUG PALANDECH - FINAL SETTLEMENT OFFER (.12) | | 400.00 | 0.25 | 100.00 |
| 04/13/2011 | DJL | CALL WITH DOUG PALANDECH IN RE: SETTLEMENT | | 250.00 | 0.20 | 50.00 |
| 04/18/2011 | DJL | REVIEW OFFER FROM GFA, (.1) DRAFT E-MAIL TO AMY JOFFE (.1) | (4) | 250.00 | 0.20 | 50.00 −$25 |
| 04/20/2011 | DJL | DRAFT E-MAIL TO DOUG ALLEN IN RE: SETTLEMENT | | 250.00 | 0.10 | 25.00 |
| 04/26/2011 | MSK | REVIEW SETTLEMENT AND RELEASE AGREEMENT | | 400.00 | 0.50 | 200.00 |
| | DJL | REVIEW DAVID KANE'S REDLINED COMMENTS ON SETTLEMENT AGREEMENT, (.2) E-MAIL TO DOUG ALLEN (.2) | (4) | 250.00 | 0.40 | 100.00 −$50 |
| 04/29/2011 | DJL | REVIEW GFA'S ADDITIONAL COMMENTS ON THE SETTLEMENT AGREEMENT, (.2) DRAFT E-MAIL TO DAVID KANE (.1) | (4) | 250.00 | 0.30 | 75.00 −$25 |
| 04/30/2011 | DJL | DRAFT FINAL REVISIONS TO SETTLEMENT AGREEMENT, (.2) E-MAIL TO DOUG ALLEN (.1) | (4) | 250.00 | 0.30 | 75.00 −$25 |
| 05/03/2011 | DJL | REVIEW FINAL SETTLEMENT AGREEMENT (.1) DRAFT E-MAIL TO AMY (.1) AND DAVID KANE (.1) | (4) | 250.00 | 0.30 | 75.00 −$50 |

|  |  |  |
|---|---|---|
| JOFFCO LLC | Account No: Statement No: | Page: 7 06/02/2011 ZALEG00-005M 16854 |

RIVER WEST VS. GFA BANKRUPTCY LITIGATION

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 05/06/2011 DJL | DRAFT E-MAIL TO DAVID KANE IN RE: GFA SETTLEMENT, PREPARE FINAL SETTLEMENT (.1) AGREEMENT FOR APPROVAL (.2) |  | 250.00 | 0.30 | 75.00 |
| 05/09/2011 DJL | REVIEW E-MAIL FROM DOUG ALLEN IN RE: PAYEE, (.1) DRAFT E-MAIL TO DAVID KANE (.1) | (4) | 250.00 | 0.20 | −$25 50.00 |
| 06/01/2011 DJL | COURT APPEARANCE IN RE: APPROVAL OF SETTLEMENT AGREEMENT |  | 250.00 | 1.00 | 250.00 |
|  | For Current Services Rendered |  |  | 29.70 | 9,180.00 |
|  | Total Current Work |  |  |  | 9,180.00 |
|  | Balance Due |  |  |  | $9,180.00 |

Dean J. Lurie   18.00 Hours @ $250.00 an Hour   $ 4,500.00

Martin S. Korey 11.70 Hours @ $400.00 an Hour  $4,680.00